IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER GRAGG, | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: 3:21-cv-321 |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, | § | |
|     DEFENDANT | § | |

## APPENDIX IN SUPPORT OF NOTICE OF REMOVAL

## INDEX

| DESCRIPTION | APP |
|---|---|
| Civil Cover Sheet | 0001-0002 |
| State Court Docket Sheet | 0003-0005 |
| Index of Documents Filed in State Court | 0006 |
|   Plaintiff's Original Petition | 0007-0020 |
|   Request for Citation | 0021 |
|   Status Conference Setting | 0022-0023 |
|   Citation Issuance | 0024-0026 |
|   Return of Service – Zurich American Ins. Co. | 0027-0029 |
|   Defendant's Original Answer | 0030-0044 |
| Illinois Department of Insurance printout. | 0045 |
| Policy No. ZHO0409133 | 0046-0118 |
| Index of Matters Being Filed | 0119 |
| List of Counsel of Record | 0120 |

Respectfully submitted,

*/s/ Carter L. Ferguson*
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. No. 33538
cferguson@belaw.com
Landon D. Young
State Bar No. 24095037
Federal I.D. No. 3669065
lyoung@belaw.com

**BRACKETT & ELLIS,**
A Professional Corporation
100 Main Street
Fort Worth, TX 76102 3090
(817) 338 1700
FAX (817) 870 2265

**ATTORNEYS FOR DEFENDANT
ZURICH AMERICAN INSURANCE
COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was sent to all parties and counsel of record, pursuant to the Federal Rules of Civil Procedure, addressed as follows:

Chad T. Wilson                                    **Via Electronic Filing**
Patrick C. McGinnis
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd, Ste 555
Webster, Texas 77598
eservice@cwilsonlaw.com

**ATTORNEYS FOR PLAINTIFF**

DATED this November 12, 2021.

*/s/ Carter L. Ferguson*
Carter L. Ferguson

1308429-v1/16268-010000

JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Heather Gragg

**DEFENDANTS**

Zurich American Insurance Company

**(b)** County of Residence of First Listed Plaintiff   Galveston
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Cook Co., Illinois
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Chad T. Wilson, Chad T. Wilson Law Firm PLLC, 455 E. Medical Center Blvd., Ste. 555, Webster, TX 77598; (832) 415-1432; cwilson@cwilsonlaw.com

Attorneys *(If Known)*

Carter L. Ferguson, Landon D. Young, Brackett & Ellis PC, 100 Main Street, Ft. Worth, TX 76102; (817) 338-1700; cferguson@belaw.com; lyoung@belaw.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)                                     and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1441

Brief description of cause:
Insurance Dispute

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| November 12, 2021 | /s/ Carter L. Ferguson |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**App 0001**

JS 44 Reverse (Rev. 04/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.**   Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.**   For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.**   Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.**   The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.**   This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.**   Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**     **Origin.**   Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.**   Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.**   Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**   This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**   Date and sign the civil cover sheet.

11/12/21, 3:51 PM                                           Details

## Case Information

21-CV-1773 | Heather Gragg vs. Zurich American Insurance Company

| Case Number | Court | Judicial Officer |
|---|---|---|
| 21-CV-1773 | 56th District Court | Cox, Lonnie |
| File Date | Case Type | Case Status |
| 10/06/2021 | Contract - Debt - Commercial/Consumer | Active |

## Party

Plaintiff
Gragg, Heather

Active Attorneys ▾
Lead Attorney
Wilson, Chad T.
Retained

Defendant
Zurich American Insurance Company

Address
Registered Agent, Corporation Service Company
211 East 7th Street, Suite 620
Austin TX 78701-3218

Active Attorneys ▾
Lead Attorney
Ferguson, Carter L.
Retained

## Events and Hearings

**App 0003**

10/06/2021 Original Petition - OCA ▾

Original Peteition.pdf

Comment
Original Petition & JURY DEMAND.

10/06/2021 Request for Civil Service ▾

Request for Citation.pdf

Comment
1 Citation to be Emailed.

10/06/2021 Status Conference Sheet ▾

Status Conference Sheet

Comment
Emailed to Atty.

10/06/2021 Receipt Acknowledge ▾

Receipt Acknowledge

Comment
Emailed Status Conf. Sheet to Atty.

10/07/2021 Citation Issuance - Work Product ▾

Citation Issuance - Work Product

Comment
emailed to attorney

10/07/2021 Receipt Acknowledge ▾

Receipt Acknowledge

Comment
for citation

10/29/2021 Return of Service on Citation/Subpoena ▾

RETURN OF SERVICE-ZURICH AMERICAN INSURANCE.pdf

Comment
RETURN OF SERVICE-ZURICH AMERICAN INSURANCE

11/12/2021 Original Answer ▾

Zurich ~ Original Answer of Zurich Americna Insurance.pdf

Comment
Zurich American Insurance Company ~ Original Answer of Zurich American Insurance Company

**App 0004**

01/06/2022 Status Conference  ▾

Judicial Officer
Cox, Lonnie

Hearing Time
9:30 AM

## Documents

Original Peteition.pdf

Request for Citation.pdf

Status Conference Sheet

Receipt Acknowledge

Citation Issuance - Work Product

Receipt Acknowledge

RETURN OF SERVICE-ZURICH AMERICAN INSURANCE.pdf

Zurich ~ Original Answer of Zurich Americna Insurance.pdf

**App 0005**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HEATHER GRAGG, | § |
| PLAINTIFF | § |
| | § |
| VS. | § |
| | § |
| ZURICH AMERICAN INSURANCE | § |
| COMPANY, | § |
| DEFENDANT | § |

CIVIL ACTION NO: __3:21-cv-321__

## INDEX OF DOCUMENTS FILED IN STATE COURT

| | **Document** | **Filed** | **App #** |
|---|---|---|---|
| 1 | Plaintiff's Original Petition | 10/06/2021 | 0007-0020 |
| 3 | Request for Citation | 10/06/2021 | 0021 |
| 4 | Status Conference Setting | 10/06/2021 | 0022-0023 |
| 5 | Citation Issuance | 10/07/2021 | 0024-0026 |
| 6 | Return of Service – Zurich American Ins. Co. | 10/29/2021 | 0027-0029 |
| 7 | Defendant's Original Answer | 11/12/2021 | 0030-0044 |

1308485-v1/16268-010000

Filed: 10/6/2021 2:46 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 57940419
By: Shailja Dixit
10/6/2021 4:28 PM

CAUSE NO. **21-CV-1773**

| | | |
|---|---|---|
| **HEATHER GRAGG** | )( | **IN THE DISTRICT COURT** |
| *Plaintiff,* | )( | |
| | )( | |
| **vs.** | )( | **GALVESTON COUNTY, TEXAS** |
| | )( | |
| **ZURICH AMERICAN INSURANCE** | )( | **Galveston County - 56th District Court** |
| **COMPANY** | )( | |
| *Defendant.* | )( | _____ **JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW,  Heather Gragg (hereinafter referred to as "Plaintiff"), and files **Plaintiff's Original Petition, Jury Demand, and Request for Disclosure**, complaining of Zurich American Insurance Company (hereinafter referred to as "Zurich Insurance" or "Defendant") and for cause of action, Plaintiff respectfully shows the following:

### DISCOVERY CONTROL PLAN

1.  Plaintiff intends to conduct discovery under Level 3, Texas Rules of Civil Procedure 190.4.

### PARTIES

2.  Plaintiff, Heather Gragg resides in Galveston County, Texas.

3.  Defendant, Zurich American Insurance Company, is a foreign insurance company, engaged in the business of insurance in the State of Texas.  Plaintiff requests service of citation upon Zurich American Insurance Company through its registered agent for service: **Corporation Service Company, 211 East 7ᵗʰ Street, Suite 620, Austin, Texas 78701-3218.**  Plaintiff requests service at this time.

**Status Conference - 01/06/2022**

**App 0007**

## JURISDICTION

4.    The Court has jurisdiction over Zurich Insurance because it engages in the business of insurance in the State of Texas, and the causes of action arise out of Zurich Insurance business activities in the state, including those in Galveston County, Texas, with reference to this specific case.

## VENUE

5.    Venue is proper in Galveston County, Texas because the insured Property is located in Galveston County, Texas, and all or a substantial part of the events giving rise to this lawsuit occurred in Galveston County, Texas.   TEX. CIV. PRAC. & REM. CODE § 15.032.

## FACTS

6.    Plaintiff asserts claims for breach of contract, common law bad faith, violations of sections 541 and 542 of the Texas Insurance Code, and violations of the Texas DTPA.

7.    Plaintiff owns a Zurich American Insurance Company insurance Policy number ZHO0409133 (the "Policy").  At all relevant times, Plaintiff owned the insured premises located at 3105 Rock Brook Falls Lane, League City, Texas 77573. (the "Property"). The Policy covered the Property during a Policy period from April 7, 2020 to April 7, 2021 (the "Policy Period").

8.    Zurich American Insurance Company sold the Policy to Plaintiff and the Policy insures the Property.   Zurich American Insurance Company represented to Plaintiff that the Policy included hail and windstorm coverage.

2

9.     During the Policy Period the Property sustained extensive damage resulting from a severe storm that passed through the League City, Galveston County, Texas area.

10.    In the aftermath of the covered event, Plaintiff submitted a claim to Zurich Insurance against the Policy for damage to the Property. Zurich Insurance assigned claim number 159005089 Plaintiff's claim.

11.    Plaintiff asked Zurich Insurance to cover the cost of damage to the Property pursuant to the Policy.

12.    Zurich Insurance hired or assigned its agent to inspect and adjust the claim. Defendant found a covered peril caused of covered loss but underestimated the amount of covered damages.  The Plaintiff has been paid $43,866.69 to date on the claim, but estimates the covered damages to be $131,838

13.    Zurich Insurance conducted a substandard and improper inspection of the Property, which intentionally and grossly undervalued the cost of repairs in its estimate and yielded an unrealistic amount to underpay coverage.

14.    Zurich Insurance has ultimately refused coverage which includes, but is not limited to, replacement of interior water damage including removing and replacing the wood floor.

15.    As stated above, Zurich Insurance improperly, intentionally, and unreasonably adjusted Plaintiff's claim.  Without limitation, Zurich Insurance misrepresented the cause of, scope of, and cost to repair damages to Plaintiff's Property, as well as the amount of insurance coverage for Plaintiff's claim or loss under the Policy.

16.    Zurich Insurance made these and other false representations to Plaintiff, either knowingly

3

or recklessly, as a positive assertion, without knowledge of the truth. Zurich Insurance and made these false representations with the intent that Plaintiff act in accordance with the misrepresentations regarding the grossly deficient damage and repair estimates prepared.

17.    Plaintiff relied on Zurich Insurance's misrepresentations, including but not limited to those regarding coverage, the cause of, scope of, and cost to repair the damage to Plaintiff's Property. Plaintiff's damages are the result of Plaintiff's reliance on these misrepresentations.

18.    Upon receipt of the inspection and estimate reports from, Zurich Insurance failed to assess the claim thoroughly. Based upon the grossly unreasonable, intentional, and reckless failure to investigate the claim properly prior to underpaying coverage, Zurich Insurance failed to provide coverage due under the Policy, and Plaintiff suffered damages.

19.    Because Zurich Insurance failed to provide coverage for Plaintiff's insurance claim, Plaintiff has been unable to complete any substantive repairs to the Property. This has caused additional damage to Plaintiff's Property.

20.    Furthermore, Zurich Insurance failed to perform their contractual duties to Plaintiff under the terms of the Policy. Specifically, Zurich Insurance performed an unreasonable and substandard inspection that allowed Zurich Insurance to refuse to pay full proceeds due under the Policy.

21.    Zurich Insurance's misrepresentations, unreasonable delays, and continued denials constitute a breach of the statutory obligations under Chapters 541 and 542 of the Texas

Insurance Code.  Thus, the breach of the statutory duties constitutes the foundation of a breach of the insurance contract between Defendant and Plaintiff.

22.    Zurich Insurance's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  TEX. INS. CODE §541.060(a) (1).  Zurich Insurance has failed to settle Plaintiff's claim in a fair manner, although they were aware of their liability to Plaintiff under the Policy. Specifically, Zurich Insurance has failed to, in an honest and fair manner, balance their own interests in maximizing gains and limiting disbursements, with the interests of Plaintiff by failing to timely pay Plaintiff coverage due under the Policy.

23.    Zurich Insurance's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  TEX. INS. CODE §541.060(a) (2) (A).  Zurich Insurance failed to provide Plaintiff a reasonable explanation for underpayment of the claim. .

24.    Additionally, after Zurich Insurance received a statutory demand on August 6, 2021. Zurich Insurance has not communicated that any future settlements or payments would be forthcoming to pay for the entire loss covered under the Policy, nor did it provide any explanation for failing to settle Plaintiff's claim properly.

25.    Zurich Insurance conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  TEX. INS. CODE §541.060(a) (4). Zurich Insurance performed a biased and intentionally substandard inspection designed to allow Zurich Insurance to refuse to provide full coverage to Plaintiff under the Policy.

26.    Specifically, Zurich Insurance performed an outcome-oriented investigation of Plaintiff's

5

claims, which resulted in a biased, unfair, and inequitable evaluation of Plaintiff's losses on the Property.

27.     Zurich Insurance conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims.  TEX. INS. CODE §542.055.  Due to a subpar inspection, Zurich Insurance failed to reasonably accept or deny Plaintiff's full and entire claim within the statutorily mandated time after receiving all necessary information.

28.     Zurich Insurance conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims.  TEX. INS. CODE §542.056.  Due to Zurich Insurance's intentional undervaluation of Plaintiff's claims, Zurich Insurance failed to meet its obligations under the Texas Insurance Code regarding timely payment of the claim.

29.     Zurich Insurance' wrongful acts and omissions have forced Plaintiff to retain the professional services of the attorneys and law firm representing him with respect to these causes of action.

## CAUSES OF ACTION

30.     All paragraphs from the fact section of this petition are hereby incorporated into this section.

## BREACH OF CONTRACT

31.     Zurich Insurance is liable to Plaintiff for intentional violations of the Texas Insurance Code, and intentional breach of the common law duty of good faith and fair dealing.  It

6

follows, then, that the breach of the statutory duties constitutes the foundation of an intentional breach of the insurance contract between Zurich Insurance and Plaintiff.

32.   Zurich Insurance failure and/or refusal to pay adequate coverage as obligated under the Policy, and under the laws of the State of Texas, constitutes a breach of Zurich Insurance's insurance contract with Plaintiff.

## NONCOMPLIANCE WITH THE TEXAS INSURANCE CODE: UNFAIR SETTLEMENT PRACTICES

33.   Zurich Insurance's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices.  TEX. INS. CODE §541.060(a).  All violations under this article are actionable by TEX. INS. CODE §541.151.

34.   Zurich Insurance's unfair settlement practice of misrepresenting to Plaintiff material facts relating to coverage constitutes an unfair method of competition and a deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a) (1).

35.   Zurich Insurance's unfair settlement practice of failing to attempt in good faith to make a prompt, fair, and equitable settlement of the claim, even though Zurich Insurance liability under the Policy was reasonably clear, constitutes an unfair method of competition and a deceptive act or practice in the business of insurance.  TEX. INS. CODE §541.060(a) (2) (A).

36.   Zurich Insurance unfair settlement practice of failing to provide Plaintiff a prompt and reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for underpayment and denial of the claim, constitutes an unfair method of competition

7

and a deceptive act or practice in the business of insurance.   TEX. INS. CODE §541.060(a) (3).

37.   Zurich Insurance unfair settlement practice of refusing to pay Plaintiff's full claim without conducting a reasonable investigation constitutes an unfair method of competition and a deceptive act or practice in the business of insurance.   TEX. INS. CODE §541.060(a)

### NONCOMPLIANCE WITH THE TEXAS INSURANCE CODE: THE PROMPT PAYMENT OF CLAIMS

38.   Zurich Insurance conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims.  All violations made under this article are actionable under TEX. INS. CODE §542.060.

39.   Zurich Insurance delay in paying Plaintiff's claim following receipt of all items, statements, and forms reasonably requested and required, for longer than the amount of time provided, constitutes a non-prompt payment of the claim.   TEX. INS. CODE §542.058.

### BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

40.   Zurich Insurance conduct constitutes a breach of the common law duty of good faith and fair dealing owed to an insured in insurance contracts.

41.   Zurich Insurance failure to adequately and reasonably investigate and evaluate Plaintiff's claim, even though Zurich Insurance knew or should have known by the exercise of

8

reasonable diligence that liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

## DTPA VIOLATIONS

42.    Zurich Insurance conduct constitutes multiple violations of the Texas Deceptive Trade Practices Act ("DTPA"), TEX. BUS. & COM. CODE 17.41–63. Plaintiff is a consumer of goods and services provided by Zurich Insurance pursuant to the DTPA. Plaintiff has met all conditions precedent to bring this cause of action against Zurich Insurance. Specifically, Zurich Insurance violations of the DTPA include, without limitation, the following matters:

A.    By its acts, omissions, failures, and conduct, Zurich Insurance has violated sections 17.46(b)(2), (5), (7), (9), (12), (20) and (24) of the DTPA. Zurich Insurance violations include, (1) unreasonable delays in the investigation, adjustment, and resolution of Plaintiff's claim, (2) failure to give Plaintiff the benefit of the doubt, and (3) failure to pay for the proper repair of Plaintiff's Property when liability has become reasonably clear, which gives Plaintiff the right to recover under section 17.46(b)(2).

B.    Zurich Insurance represented to Plaintiff that the Policy and Zurich Insurance adjusting agent and investigative services had characteristics or benefits they did not possess, which gives Plaintiff the right to recover under section 17.46(b)(5) of the DTPA.

9

C.   Zurich Insurance represented to Plaintiff that Zurich Insurance Policy and adjusting services were of a particular standard, quality, or grade when they were of another, in violation of section 17.46(b)(7) of the DTPA.

D.   Zurich Insurance advertised the Policy and adjusting services with the intent not to sell them as advertised, in violation of section 17.46(b)(9) of the DTPA.

E.   Zurich Insurance breached an express warranty that the damages caused by wind and hail would be covered under the Policy.  This breach entitles Plaintiff to recover under sections 17.46(b) (12) and (20) and 17.50(a) (2) of the DTPA.

F.   Zurich Insurance actions are unconscionable in that Zurich Insurance took advantage of Plaintiff's lack of knowledge, ability, and experience to a grossly unfair degree.  Zurich Insurance unconscionable conduct gives Plaintiff a right to relief under section 17.50(a) (3) of the DTPA; and

G.   Zurich Insurance conduct, acts, omissions, and failures, as described in this petition, are unfair practices in the business of insurance in violation of section 17.50(a)(4) of the DTPA.

43.   Each of the above-described acts, omissions, and failures of Zurich Insurance is a producing cause of Plaintiff's damages.  All of Zurich Insurance acts, omissions, and failures were committed "knowingly" and "intentionally," as defined by the Texas Deceptive Trade Practices Act.

**KNOWLEDGE**

10

44.   Defendant made each of the acts described above, together and singularly, "knowingly," as defined in the Texas Insurance Code, and each was a producing cause of Plaintiff's damages described herein.

## WAIVER AND ESTOPPEL

45.   Defendant waived and is estopped from asserting any coverage defenses, conditions, exclusions, or exceptions to coverage not contained in any reservation of rights letter to Plaintiff.

## DAMAGES

46.   The damages caused to the Property have not been properly addressed or repaired since the claim was made, causing further damage to the Property, and undue hardship and burden to Plaintiff.  These damages are a direct result of Defendant's mishandling of Plaintiff's claims in violation of the laws set forth above.

47.   Plaintiff currently estimates that actual damages to the Property under the Policy are $131,838.00 before any credit for deductible or prior payments.

48.   Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained.  The above described acts, omissions, failures, and conduct of Defendant has caused Plaintiff's damages, which include, without limitation, the cost to properly repair Plaintiff's Property and any investigative and engineering fees incurred.

49.   For breach of contract, Plaintiff is entitled to regain the benefit of his bargain, which is the amount of his claims, consequential damages, together with attorney's fees.

11

50.     For noncompliance with the DTPA and Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of benefits owed pursuant to the Policy, mental anguish, court costs, and attorney's fees.  For knowing and intentional conduct of the acts described above, Plaintiff asks for three (3) times his actual damages.  TEX. INS. CODE §541.152 and TEX. BUS. & COM. CODE 17.50(b)(1).

51.     For noncompliance with Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of his claims, plus an eighteen percent (18%) per annum penalty on those claims, as damages, as well as pre-judgment interest and reasonable attorney's fees.  TEX. INS. CODE §542.060.

52.     For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from Defendant's breach of duty, such as additional costs, economic hardship, losses due to the nonpayment of the amount Zurich Insurance owed, exemplary damages, and damages for emotional distress.

53.     Defendant's breach of the common law duty of good faith and fair dealing was committed intentionally, with a conscious indifference to Plaintiff's rights and welfare, and with "malice," as that term is defined in Chapter 41 of the Texas Civil Practices and Remedies Code.  These violations are the type of conduct which the State of Texas protects its citizens against by the imposition of exemplary damages.  Therefore, Plaintiff seeks the recovery of exemplary damages in an amount determined by the finder of fact

12

sufficient to punish Defendants for their wrongful conduct, and to set an example to deter Defendants and others from committing similar acts in the future.

54. For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorneys subscribed to this pleading. Therefore, under Chapter 38 of the Texas Civil Practices and Remedies Code, sections 541 and 542 of the Texas Insurance Code, and section 17.50 of the DTPA, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorneys in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

55. As required by Rule 47(b) of the Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks only monetary relief over $250,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. A jury will ultimately determine the monetary relief actually awarded, however. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

**JURY DEMAND**

56. Plaintiff hereby requests a jury trial for all causes of action alleged herein, tried before a jury consisting of citizens residing in Galveston County, Texas. Plaintiff hereby tenders the appropriate jury fee.

**PRAYER**

13

Plaintiff prays that Defendant be cited and served to appear, and that upon trial hereof, Plaintiff recover from Defendant such sums as would reasonably and justly compensate Plaintiff in accordance with the rules of law and procedure, as to actual, consequential, and treble damages under the Texas Insurance Code and Texas Deceptive Trade Practices Act, and all punitive, additional, and exemplary damages as may be found.  In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of Court expended on Plaintiff's behalf, for pre-judgment and post-judgment interest as allowed by law, and for any other relief, at law or in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

CHAD T. WILSON LAW FIRM PLLC

By: /s/ *Chad T. Wilson*

Chad T. Wilson
Bar No. 24079587
Patrick C. McGinnis
Bar No. 13631900
455 E Medical Center Blvd
Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile:  (281) 940-2137
eService to:
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

14

1 Citation to be Emailed

Filed: 10/6/2021 2:46 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 57940419
By: Shailja Dixit
10/6/2021 4:28 PM

# JOHN D. KINARD

## DISTRICT CLERK GALVESTON COUNTY

### REQUEST FOR ISSUANCE OF SERVICE

Case Number: **21-CV-1773**

Court Description:
**Galveston County - 56th District Court**

Name(s) of Documents to be served:
Zurich American Insurance Company
**SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served)**

Issue Service To:    PLAINTIFFâ•ŽS ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR

Address of Service:  Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas

City, State & Zip:

Agent (IF APPLICABLE)

### TYPE OF SERVICE TO BE ISSUED:

| | | | |
|---|---|---|---|
| XX Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citation Rule 106 Service |
| ☐ Temporary Restraining Order | ☐ Precept | ☐ Notice | ☐ Secretary of State Citation |
| ☐ Protective Order | ☐ Citation Scire Facias | ☐ Attachment | ☐ Certiorari |
| ☐ Garnishment | ☐ Habeas Corpus | ☐ Injunction | ☐ Sequestration |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe): | | | |

*All service fees for Sheriff and Constable are collected by the clerk of court at the time of request.*

### UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)

☐ Send to Sheriff

☐ Galveston County Constable Name and Address

☐ Civil Process Server (Include the name of the Authorized Person to pick-up):

☐ Call attorney for pick up (Phone Number):

☐ Mail to attorney at:

XX Email Service to:  mdeleon@cwilsonlaw.co

☐ District Clerk serve by certified mail

☐ Send to League City

### ISSUANCE OF SERVICE REQUESTED BY:

Attorney/Party Name:    Patrick C.

Phone Number: 832.415.143        Email Address:  pmcginnis@cwilsonlaw.co

Revision 2.0

**App 0021**

**The District Courts of Galveston County, Texas Status Conference Notice**

**Please calendar this event**

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @  9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @  9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @  9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @  9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date: 01/06/2022  set in the 56th District Court

| Case Number: | 21-CV-1773 |
|---|---|
| **Case Style:  Heather Gragg vs. Zurich American Insurance Company** | |

*Helpful Information: Please visit our website at*
*http://www.galvestoncountytx.gov/dc/Pages/default.aspx*

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*Helpful Links to Legal Resources and sites*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

*JOHN D. KINARD, District Clerk, Galveston County, Texas*
*District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary*

**App 0022**

**Dixit, Shailja**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | eservice@cwilsonlaw.com |
| **Sent:** | Wednesday, October 6, 2021 4:33 PM |
| **Subject:** | Relayed: 21-CV-1773_Heather Gragg vs. Zurich American Insurance Company- S/C |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

eservice@cwilsonlaw.com (eservice@cwilsonlaw.com)

Subject: 21-CV-1773_Heather Gragg vs. Zurich American Insurance Company- S/C

1

**App 0023**

## CITATION

### THE STATE OF TEXAS

**HEATHER GRAGG VS. ZURICH AMERICAN INSURANCE COMPANY**

**Cause No.: 21-CV-1773**
**56th District Court of Galveston County**

**TO:**   **Zurich American Insurance Company**
**Registered Agent Corporation Service Company**
**211 East 7th Street Suite 620**
**Austin TX  78701-3218**

> **GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **October 06, 2021**. It bears cause number **21-CV-1773** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 7th day of October, 2021.**

Issued at the request of:
Chad T Wilson
Chad T Wilson Law Firm PLLC
455 East Medical Center Blvd Suite 555
Webster TX 77598



**John D. Kinard**, District Clerk
Galveston County, Texas

By     Robin Gerhardt, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice<br>Please calendar this event | | |
|---|---|---|
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | |
| Court Name | Status Conference Time | Court Phone Number |
| 10th District Court | @ 9:00 A.M. | 409-766-2230     Fax     409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226     Fax     409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275     Fax     409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266     Fax     409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688     Fax     409-765-2689 |

## Date :01/06/2021 set in the 56th District Court - Judge Lonnie Cox

## RETURN OF SERVICE

| Case no. 21-CV-1773 | In the 56th District Court |
|---|---|

Heather Gragg vs. Zurich American Insurance Company

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:   Zurich American Insurance Company**
**Registered Agent Corporation Service Company**
**211 East 7th Street Suite 620**
**Austin TX  78701-3218**

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____
_____

| **FEES: Serving CITATION and copy  $_____**  <br><br> **TOTAL FEES AND MILEAGE $** | **Mileage _____  miles @ $_____  per mile    Total $_____** |
|---|---|

Signed on _____day of_____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
      (First)            (Middle)            (Last)

And my address is _____
                        Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _____, County, State of _____, on _____.

| _____ <br> **Declarant/Authorized Process Server Signature** | _____ <br> **ID# and expiration of certification** |
|---|---|

**Gerhardt, Robin**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mdeleon@cwilsonlaw.com |
| **Sent:** | Thursday, October 7, 2021 8:12 AM |
| **Subject:** | Relayed: 21 CV 1773   Citation |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mdeleon@cwilsonlaw.com (mdeleon@cwilsonlaw.com)

Subject: 21 CV 1773 Citation

Filed: 10/29/2021 10:45 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 58664220
By: Lisa Kelly
10/29/2021 10:55 AM

## CITATION

### THE STATE OF TEXAS

**HEATHER GRAGG VS. ZURICH AMERICAN INSURANCE COMPANY**

**Cause No.: 21-CV-1773**
**56th District Court of Galveston County**

**TO:    Zurich American Insurance Company**
**Registered Agent Corporation Service Company**
**211 East 7th Street Suite 620**
**Austin TX  78701-3218**

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **October 06, 2021**. It bears cause number **21-CV-1773** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 7th day of October, 2021.**

Issued at the request of:
Chad T Wilson
Chad T Wilson Law Firm PLLC
455 East Medical Center Blvd Suite 555
Webster TX 77598



**John D. Kinard**, District Clerk
Galveston County, Texas

Robin Gerhardt

By     Robin Gerhardt, Deputy

---

### The District Courts of Galveston County, Texas Status Conference Notice
### Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | |
|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | |
| 10th District Court | @  9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @  9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @  9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @  9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :01/06/2021 set in the 56th District Court - Judge Lonnie Cox

**App 0027**

## RETURN OF SERVICE

| Case no. 21-CV-1773 | In the 56th District Court |
|---|---|

Heather Gragg vs. Zurich American Insurance Company

Come to hand on October 7, 2021 at 11 o'clock A.m., and executed in Travis County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

To:   **Zurich American Insurance Company**
**Registered Agent Corporation Service Company**
**211 East 7th Street Suite 620**
**Austin TX 78701-3218**

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| 10-16-21 | 12:31 PM | 211 E. 7th Street, #620, Austin TX 78701 ★by CMRRR # 7006 2150 0003 9291 8373 | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

| FEES: Serving CITATION and copy $_____ | Mileage _____ miles @ $_____ per mile   Total $_____ |
|---|---|
| **TOTAL FEES AND MILEAGE $** | |

Signed on _____ day of _____, 20_____ **Officer**

_____ **County, TX**

_____ **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c)**.The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _Daisy_ _Garcia_, my date of birth is _4-22-1996_
(First)      (Middle)      (Last)

And my address is _5930 LBJ Freeway #307 Dallas TX 75240_
Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _Travis_, County, State of _TX_, on _10-27-21_.

_____ _199169  Exp. 6/30/23_
Declarant/Authorized Process Server Signature    ID# and expiration of certification



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br>Zurich American Ins Co<br>**CORPORATION SERVICE COMPANY**<br>**211 E. 7th STREET., #620**<br>**AUSTIN, TEXAS 78701** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>VIVA LOGISTICS<br>OCT 1 2021<br>JOHN DISHER (AAO) |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6390 0303 4777 14 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7006 2150 0003 9291 8373 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Filed: 11/12/2021 3:26 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 59126324
By: Shailja Dixit
11/12/2021 3:32 PM

## CAUSE NO. 21-CV-1773

| | | |
|---|---|---|
| **HEATHER GRAGG** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **ZURICH AMERICAN** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| **Defendant.** | § | **56TH JUDICIAL DISTRICT** |

## ORIGINAL ANSWER OF ZURICH AMERICAN INSURANCE COMPANY

COMES NOW, Zurich American Insurance Company ("Zurich"), the Defendant in this suit and files its Original Answer to Plaintiff's Original Petition, Jury Demand and Request for Disclosure ("Petition"), and shows the Court as follows:

### GENERAL DENIAL

1.      Zurich hereby denies each and every, all and singular, the material allegations as contained in the Petition and demands strict proof thereof by a preponderance of the evidence.

### ANSWERS TO ALLEGATIONS

2.      Paragraph 1 of the Petition is procedural in nature and requires no response.

3.      Zurich admits the allegations in the first sentence of paragraph 2 of the Petition. The remaining allegations require no response.

4.      Zurich admits the allegations in paragraph 3 of the Petition.

5.      Zurich admits the allegation in paragraph 4 of the Petition.

6.      Zurich admits the allegations in paragraph 5 of the Petition.

7.      The allegations in paragraph 6 of the Petition are legal conclusions and require no response.

8.      Zurich admits the allegations in the first and third sentences of paragraph 7 of the Petition, but lacks knowledge or information sufficient to form a belief about the truth of the second sentence in paragraph 7 of the Petition.

9.      With respect to paragraph 8 of the Petition, (a) Zurich admits Plaintiff purchased the Policy through Geico Insurance Agency, Inc.; (b) Zurich denies it made any representations to Plaintiff not contained in the Policy.

10.     With respect to paragraph 9 of the Petition, Zurich admits Plaintiff reported a claim for property damage relating to Winter Storm Uri, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

11.     Zurich admits the allegations in paragraph 10 of the Petition.

12.     Zurich admits the allegations in paragraph 11 of the Petition.

13.     With respect to paragraph 12 of the Petition: (a) Zurich admits it retained National Claims Connection to investigate the Claim; (b) Zurich admits some of the Property damage was caused by a Covered Cause of Loss; (c) Zurich denies it underestimated the amount of covered damages; and (d) Zurich admits the allegations in the last sentence.

14.     Zurich denies the allegations in paragraph 13 of the Petition.

15.     Zurich denies the allegations in paragraph 14 of the Petition.

16.     Zurich denies the allegations in paragraph 15 of the Petition.

17.     Zurich denies the allegations in paragraph 16 of the Petition.

18.     Zurich denies the allegations in paragraph 17 of the Petition.

19.     Zurich denies the allegations in paragraph 18 of the Petition.

20.     Zurich denies the allegations in paragraph 19 of the Petition.

21.     Zurich denies the allegations in paragraph 20 of the Petition.

22.     Zurich denies the allegations in paragraph 21 of the Petition.

23.     Zurich denies the allegations in paragraph 22 of the Petition.

24.     Zurich denies the allegations in paragraph 23 of the Petition.

25.     Zurich lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 of the Petition.

26.     Zurich denies the allegations in paragraph 25 of the Petition.

27.     Zurich denies the allegations in paragraph 26 of the Petition.

28.     Zurich denies the allegations in paragraph 27 of the Petition.

29.     Zurich denies the allegations in paragraph 28 of the Petition.

30.     Zurich denies the allegations in paragraph 29 of the Petition.

31.     With respect to paragraph 30 of the Petition, Zurich repeats and incorporates herein all responses above to the fact section of the Petition.

32.     Zurich denies the allegations in paragraph 31 of the Petition.

33.     Zurich denies the allegations in paragraph 32 of the Petition.

34.     Zurich denies the allegations in paragraph 33 of the Petition.

35.     Zurich denies the allegations in paragraph 34 of the Petition.

36.     Zurich denies the allegations in paragraph 35 of the Petition.

37.     Zurich denies the allegations in paragraph 36 of the Petition.

38.     Zurich denies the allegations in paragraph 37 of the Petition.

39.     Zurich denies the allegations in paragraph 38 of the Petition.

40.     Zurich denies the allegations in paragraph 39 of the Petition.

41.     Zurich denies the allegations in paragraph 40 of the Petition.

42.     Zurich denies the allegations in paragraph 41 of the Petition.

43.     Zurich denies the allegations in paragraph 42 of the Petition.

44.     Zurich denies the allegations in paragraph 43 of the Petition.

45.     Zurich denies the allegations in paragraph 44 of the Petition.

46.     Zurich denies the allegations in paragraph 45 of the Petition.

47.     Zurich denies the allegations in paragraph 46 of the Petition.

48.     Zurich admits the allegations in paragraph 47 of the Petition.

49.     Zurich denies the allegations in paragraph 48 of the Petition.

50.     Zurich denies the allegations in paragraph 49 of the Petition.

51.     Zurich denies the allegations in paragraph 50 of the Petition.

52.     Zurich denies the allegations in paragraph 51 of the Petition.

53.     Zurich denies the allegations in paragraph 52 of the Petition.

54.     Zurich denies the allegations in paragraph 53 of the Petition.

55.     With respect to paragraph 54 of the Petition, Zurich denies Plaintiff is entitled to the attorneys' fees sought.

56.     No response is required to paragraph 55 of the Petition.

57.     No response is required to paragraph 56 of the Petition.

58.     Zurich denies Plaintiff is entitled to the relief sought in the Prayer.

## ADDITIONAL DEFENSES

59.     Plaintiff's claims are barred in whole or in part because no suit, action or proceeding for the recovery of any claim under the applicable Policy shall be sustainable in any court of law or equity unless the Insured shall have fully complied with all the requirements of this Policy.

60.     Plaintiff's claims are barred in whole or in part to the extent Plaintiff was contributorily negligent and Defendant hereby invokes comparative negligence of Plaintiff in accordance with Texas Civil Practice and Remedies Code section 33.001, et seq.

61.     Zurich specifically denies that it has waived or that it is estopped from asserting policy defenses or any other terms, conditions, provisions or requirements of the applicable Policy based on any actions or conduct.

62.     Plaintiff's claims are barred in whole or in part because Plaintiff has not made a proper presentment of its claim under Texas Civil Practice & Remedies Code section 38.001, et seq., Section 541.154, Section 542A.003 Tex. Ins. Code or Section 17.50 of the Texas Deceptive Trade Practice Act.

63.     Plaintiff's claims are barred in whole or in part because Zurich did not act knowingly, unconscionably, with conscious indifference, or with malice.

64.     Plaintiff's claim for extra-contractual damages is barred because Zurich: (1) did not breach the Policy, (2) did not violate the Texas Insurance Code, and (3) did not violate the Texas Deceptive Trade Practices Act.

65.     Plaintiff's claims are barred in whole or in part because a bona fide controversy existed or continues to exist concerning Plaintiff's entitlement to additional benefits under the Policy.

66.     Plaintiff's claims are barred in whole or in part by the doctrine of concurrent causes of loss, which provides that when uncovered and covered causes of loss combine or contribute to a loss, the Plaintiff must prove those damages caused solely by a covered cause of loss.  Losses that occurred prior to or after the applicable policy period or that are excluded under the applicable Policy are not covered losses.

67.     Plaintiff's claims are barred in whole or in part by the doctrine of concurrent causes of loss, which provides that when multiple occurrences damage the same property, the Plaintiff must prove the damages caused solely by each occurrence.  Plaintiff must segregate the damages between such occurrences.

68.     Plaintiff's claims are barred in whole or in part because the Policy only insures covered causes of loss commencing during the applicable policy period.

69.     Plaintiff's claims are barred in whole or in part by the application of policy terms, conditions, exclusions, limitations, sublimits and deductibles.

70.     Plaintiff's claims are barred in whole or in part to the extent its damages pre-existed the date of inception of the Policy.

71.     Plaintiff's claims are barred in whole or in party by the fortuity doctrine.

72.     Plaintiff's claims are barred in whole or in part because it is against public policy to insure known or ongoing losses.

73.     Plaintiff's claims are barred in whole or in part because:  (a) Plaintiff failed to protect the property from further loss or damage, and (b) Plaintiff failed to cooperate in the investigation of the Claim and Zurich has been prejudiced thereby.

74.     Plaintiff's claims for violations of Texas Insurance Code chapters 541 and 542, and for violations of the Texas Deceptive Trade Practices Act are all barred because (1) Zurich did not breach the Policy; (2) Zurich did not commit any act so extreme that it produced damages unrelated to and independent of the claims under the Policy; and (3) Zurich did not conduct an unreasonable investigation under the facts and circumstances of the Claim.

75.     Plaintiff's claim is barred in whole or in part by the following provisions from the Policy.

**1.  Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

76.     Plaintiff's claim is barred in whole or in part by the following exclusions in the Policy.

**2.  We do not insure, however, for loss:**

\* \* \*

c.  Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing.  This provision does not apply if you have used reasonable care to:

(a)  Maintain heat in the building; or
(b)  Shut off the water supply and drain all systems and appliances of water.

\* \* \*

**(5)** Mold, fungus or wet rot.  However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or
**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear; marring, deterioration;

**(c)** Smog, rust or other corrosion, or dry rot.

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

* * *

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises".  But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

77.     Plaintiff's claim is barred in whole or in part by the following Conditions:

**C. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us.  These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

4. Protect the property from further damage.  If repairs to the property are required, you must:
   a. Make reasonable and necessary repairs to protect the property; and
   b. keep an accurate record of repair expenses;

5. Cooperate with us in the investigation of a Claim;

* * *

7. as often as we reasonably require:

   a. show the damaged property;
   b. Provide us with records and documents we request and permit us to make copies; and
   c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**SPECIAL PROVISIONS – TEXAS**

F. The following is added under **SECTION I – EXCLUSIONS**:

**"Fungi" Or Microbes**

   a. "Fungi" or microbes means the presence, growth, proliferation, spread or any activity of "fungi" or microbes.

This exclusion also applies to the cost:

   **(1)** To remove "fungi or microbes from property covered under Section I – Property Coverages;

   **(2)** To tear out and replace any part of the building or other covered property as needed to gain access to the "fungi" or microbes; and

   **(3)** Of testing of air or property to confirm the absence, presence or level of "fungi" or microbes.

   b. This exclusion applies unless the "fungi" or microbes are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental discharge or overflow of water which would otherwise be covered under this Policy.  For purposes of this exclusion, sudden and accidental shall include a loss event that is

hidden or concealed for a period of time until it is detectable.  A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

   **c.** However, the exception to the exclusion described in **b.** above does not include:

      **(1)**  The cost to treat, contain, remove or dispose of the "fungi" or microbes beyond that which is required to repair or replace the covered property physically damaged by water;

      **(2)** The cost of any testing of air or property to confirm the absence, presence or level of "fungi" or microbes whether performed prior to, during or after removal, repair, restoration or replacement;

      **(3)**  The cost of any decontamination of the "residence premises"; and

      **(4)**  Any increase in loss under Coverage **D** – Loss Of Use and Additional Coverage **1.**  Debris Removal resulting from **c.(1), (2)** or **(3)**.

* * *

**L.  Mortgage Clause (Without Contribution)**

   1.  We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

   2.  The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building structure.

78.    Plaintiff's claims are limited by the following endorsement:

**LIMITED FUNGI OR MICROBES COVERAGE – TEXAS**
THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Schedule

| This limit of liability applies to the total of all loss or costs payable under this endorsement in any one policy period, regardless of the number of |
| --- |

| | | |
|---|---|---|
| occurrences, the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | | |
| | Section I – PROPERTY COVERAGES Limit of Liability for the Additional Coverage Limited "Fungi" Or Microbes Coverage | $5,000 |
| Entries may be left blank if shown elsewhere in this policy for this coverage. | | |

The **"Fungi" Or Microbes** Exclusion in the Special Provisions – Texas endorsement does not apply to the extent coverage is provided by this endorsement.

A.  The following **DEFINITION** is added:

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

B.  The following is added to **E. Additional Coverages** Under **SECTION I – PROPERTY COVERAGES**:

**Limited "Fungi" Or Microbes Coverage**

  **a.**  We will pay for the:

    **(1).**  Cost to remove "fungi" or microbes from property covered under Section I – Property Coverages;

    **(2)**  Cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi" or microbes

    **(3)**  Cost of testing of air or property to confirm the absence, presence or level of "fungi" or microbes whether performed prior to, during or after removal, repair, restoration or replacement.  The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi" or microbes; and

    **(4)**  Total of all loss payable under Coverage **D** – Loss Of Use, if the "fungi" or microbes make the "residence premises" not fit to live in.

**b.** The coverage described in **a.** above only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** the limit of liability for this coverage is shown in the Schedule above.

**d.** This limit is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the"

    **(1)** Number of Perils Insured Against that combine or contribute to the presence of resulting "fungi" or microbes;

    **(2)** Number of locations insured under this endorsement; or

    **(3)** Number of claims made.

**e.** This additional coverage does not apply to "fungi" or microbes which are the result of constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture or vapor, over a period of 14 or more days.

**f.** This coverage does not increase the limit of liability applying to the damaged covered property.

**C.** Paragraph **Q** under **SECTION I – CONDITIONS** has been replaced by the following:

**Q. Policy Period**

This policy applies to loss or costs which occur during the policy period.

All other terms, conditions, provisions and exclusions of this policy remain the same.

79.    Plaintiff's claims are limited by the following Endorsement:

**COSMETIC AND AESTHETIC DAMAGE TO FLOORS LIMITATION**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following is added to **A. Coverage A – Dwelling** under **SECTION I – PROPERTY COVERAGES:**

**Special Limit Of Liability**

**Cosmetic And Aesthetic Damage To Floors**

The total limit of liability for Coverage A – Dwelling is $10,000 per policy term for cosmetic and aesthetic damages to floors:

1. Cosmetic or aesthetic damage includes, but is not limited to:
   a. chips;
   b. scratches;
   c. dents; or
   d. any other damage

to less than 5% of the total floor surface area and does not prevent typical use of the floor.

2. this limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.

3. This limit does not increase the Coverage A – Dwelling limit of liability shown on the declarations page.

4. This limit does not apply to cosmetic or aesthetic damage to floors caused by a Peril Insured Against as named and described for Coverage C – Personal Property.

All other terms, conditions, provisions and exclusions of this policy remain the same.

## PRAYER

WHEREFORE, Zurich prays that this Original Answer be deemed good and sufficient and after due proceedings are had, there be judgment herein in favor of Zurich dismissing Plaintiff's claims against them, at Plaintiff's cost and such other general and equitable relief as the nature of the case may require or permit.

Respectfully submitted,


/s/ Carter L. Ferguson
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. No. 33538
cferguson@belaw.com
Landon D. Young
State Bar No. 24095037
Federal I.D. No. 3669065
lyoung@belaw.com

Brackett & Ellis, P.C.
100 Main Street
Fort Worth, Texas 76102-3090
(817) 338-1700
(817) 870-2265 fax

**ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Chad T. Wilson                                    **Via E-Service**
Patrick C. McGinnis
Chad T. Wilson Law Firm PLLC
455 E Medical Center Boulevard
Suite 555
Webster, Texas 77598
pmcginnis@cwilsonlaw.com
CWilson@cwilsonlaw.com

*Attorney for Plaintiff*


DATED this 12th day of November 2021.


/s/  Carter L. Ferguson
Carter L. Ferguson

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kasi Copeland on behalf of Carter Ferguson
Bar No. 06909500
kcopeland@belaw.com
Envelope ID: 59126324
Status as of 11/12/2021 3:32 PM CST

Associated Case Party: Heather Gragg

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patrick  CMcGinnis | | pmcginnis@cwilsonlaw.com | 11/12/2021 3:26:19 PM | SENT |
| Chad TWilson | | CWilson@cwilsonlaw.com | 11/12/2021 3:26:19 PM | SENT |
| Chad Wilson | 24079587 | eservice@cwilsonlaw.com | 11/12/2021 3:26:19 PM | SENT |

Associated Case Party: Zurich American Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Landon Young | | lyoung@belaw.com | 11/12/2021 3:26:19 PM | SENT |
| Carter LFerguson | | cferguson@belaw.com | 11/12/2021 3:26:19 PM | SENT |
| Vickie Naylor | | vnaylor@belaw.com | 11/12/2021 3:26:19 PM | SENT |



**ILLINOIS DEPARTMENT OF INSURANCE**

| | |
|---|---|
| **Legal Name:** | Zurich American Insurance Company |
| **Company Type:** | P&C Foreign Stock |
| **Domicile:** | New York, New York |
| **Parent Company:** | |
| **Status:** | Active |
| **FEIN:** | 36-4233459 |
| **NAIC Code:** | 212 16535 |
| **Incorporated Date:** | |

Addresses

| Corporate Home | Administrative Mailing |
|---|---|
| 4 World Trade Center<br>150 Greenwich Street<br>New York,   NY    10007 | 1299 Zurich Way<br>5th Floor<br>Schaumburg,  IL    60196 1056 |

Phone Numbers

| Business | Business |
|---|---|
| (847) 605-6000 | (847) 413-5048 |

<-- Back to Search Results

App 0045

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA 92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: SERVICEMAC LLC ISAOA ATIMA   PAGE: 1
AMENDED                    END#:    6   1/04/21

| GA:          1 | PRODUCER: 154104              (855) 721-9248 |
|---|---|
| ARROWHEAD GENERAL INSURANCE<br>AGENCY, INC.<br>P O BOX 9061<br>CARLSBAD, CA 92018-9061 | GEICO INSURANCE AGENCY, INC<br>ONE GEICO BLVD.<br>FREDERICKSBURG, VA 22412 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION ADDRESS |
|---|---|
| HEATHER LYNN GRAGG<br>3105 ROCK BROOK FALLS LN<br>LEAGUE CITY, TX 77573-6138 | 3105 ROCK BROOK FALLS LN<br>LEAGUE CITY, TX 77573-6138<br><br>COUNTY: GALVESTON |

POLICY NO: ZHO0409133   Policy Period:   4/07/2020 to  4/07/2021

HOMEOWNERS DECLARATIONS      12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

COVERAGE PROVIDED WHERE PREMIUM OR LIMIT OF LIABILITY SHOWN FOR THE COVERAGE:
| - - - - - - - - SECTION I - - - - - - - - |- - -SECTION II- - -|

| COVERAGES<br>AND LIMITS<br>OF LIABILITY | A.DWELLING | B.OTHER<br>STRUCTURES | C.PERSONAL<br>PROPERTY | D.LOSS<br>OF USE | E.PERSONAL<br>LIABILITY | F.MEDICAL<br>PAYMENTS |
|---|---|---|---|---|---|---|
| | 264,000 | 26,400 | 132,000 | 52,800 | 300,000 | 1,000 |

FOR COVERED LOSSES, WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE
STATED:  $1,000 LOSS DEDUCTIBLE. EXCEPTION:  $5,280 WIND/HAIL DED.

```
SUMMARY OF PREMIUM:
       BASIC PREMIUM    $   434                 TOTAL PREMIUM  $ 2416.00
   ADDITIONAL PREMIUM   $ 1309CR                   POLICY FEE  $   60.00
    WIND/HAIL PREMIUM   $ 3291    TX VOL FIRE DEPT ASST FUND  $    2.48
        TOTAL PREMIUM   $ 2416                   TOTAL POLICY  $ 2478.48
                                  ****************************************
                                  TOTAL THIS TRANSACTION   $    0.00
                                  ****************************************
```

POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:

| FORM NO | EDITION | DESCRIPTION | LIMITS | CHANGE | PREMIUM DUE | PREMIUM |
|---|---|---|---|---|---|---|
| ZAHHO-NOTX | 5/20 | IMPORTANT NOTICE | | | | |
| UGU1248ATX | 9/20 | TX - FLOOD NOTICE | | | | |
| ZAHHOCBRTX | 11/18 | CONSUMER RIGHTS | | | | |
| ZAHHOCD1TX | 11/18 | CREDIT DISCLOSURE | | | | |
| U-GU-1041A | 3/11 | OFAC ADVISORY | | | | |
| U-GU874ACW | 6/11 | COMPENSATION NOTICE | | | | |
| HO 00 03 | 5/11 | SPECIAL FORM | | | | |
| ZAHHO-SPTX | 9/19 | SPEC PROVISIONS - TX | | | | |
| HO 04 20 | 5/11 | ADD'L COV A LIM 25% | 25% | | | $91 |
| HO 23 04 | 5/11 | REP COST-PERS PROP | | | | $313 |
| HO-03-12 | 5/11 | WIND/HAIL DEDUCTIBLE | 2% | | | $508CR |
| ZAHHO-50TX | 11/18 | LIMITED FUNGI COVG | $5,000 | | | |
| HO 04 48 | 10/00 | OTHR STRUC-INC LIMIT | $2,000 | | | $5 |
| ZAHHO-CMTX | 11/18 | FLOOR DAMAGE LIMIT | | | | |
| HO 06 53 | 2/17 | HOME-SHARE ACTIVITY | | | | |
| ZAHHO-19TX | 11/18 | AMENDATORY ENDORSMNT | | | | |
| ZAHHO25PBE | 11/18 | ANIMAL LIAB EXCLSN | | | | |

OCC: PRIMRY  PGM: HO3-18  BAND: 16  TERR: 381  BLT: 2009 VENEER  PRT CLS: 001
DIST TO COAST: 2 TO 5 MILES

                           * CONTINUED *

Date Issued:  01/20/21

INSURED  1 COPY                                           ZAHHO-TX DEC 11 18
                                                              **App 0046**

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA 92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: SERVICEMAC LLC ISAOA ATIMA   PAGE:  2
ADDITIONAL INFORMATION  END#:    6   1/04/21

| GA: 1 | PRODUCER: 154104        (855) 721-9248 |
|---|---|
| ARROWHEAD GENERAL INSURANCE | GEICO INSURANCE AGENCY, INC |
| AGENCY, INC. | ONE GEICO BLVD. |
| P O BOX 9061 | FREDERICKSBURG, VA 22412 |
| CARLSBAD, CA 92018-9061 | |

**NAMED INSURED AND MAILING ADDRESS**           **LOCATION ADDRESS**

HEATHER LYNN GRAGG                3105 ROCK BROOK FALLS LN
3105 ROCK BROOK FALLS LN          LEAGUE CITY, TX 77573-6138
LEAGUE CITY, TX 77573-6138

                                 COUNTY: GALVESTON

**POLICY NO:** ZHO0409133  **Policy Period:**  4/07/2020 to 4/07/2021

**HOMEOWNERS DECLARATIONS**     12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

```
POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:
 FORM NO   EDITION    DESCRIPTION    LIMITS  CHANGE  PREMIUM DUE   PREMIUM
ZAHHODBETX 11/18  DIVING BOARD EXCLSN
                  POOL SLIDE EXCLSN
ZAHHO-CSCE 11/18  SUBST/CANNABIS EXCL.
ZAHHO-TETX 11/18  TRAMPOLINE EXCLUSION
ZAHHO-CDTX 11/18  COSMETIC DMG EXCLSN
                  DEDUCTIBLE $1000                                   $39
                  HIP ROOF CREDIT                                  $427CR
                  GEICO AFFINITY CREDT                             $172CR
                  INSURANCE BAND CR/SC                              $294
                  AGE OF HOME ADJSTMNT                             $944CR
TXHO3HPDZ   9/19  PREM DISC AVAILABLE
UGU1107DCW  1/20  PRIVACY NOTICE
U-GU-319-F  1/09  IN WITNESS CLAUSE


*FEE SCHEDULE:
    THIS POLICY IS SUBJECT TO THE FOLLOWING FEES WHEN APPLICABLE.
       INSTALLMENT PAYMENT FEE     $7.00 PER PAYMENT
                                         IF FULL ANNUAL PAYMENT NOT ELECTED
               REINSTATEMENT FEE  $15.00 PER REINSTATEMENT
                                         IF POLICY CANCELLED AND WE AGREE TO
                                         REINSTATE THE POLICY
         NON-SUFFICIENT FUND FEE  $25.00 CHARGED ON EACH CHECK/DEBIT CARD/
                                         CREDIT CARD PAYMENT RETURNED UNPAID

    ALL FEES APPROVED BY THE TEXAS DEPARTMENT OF INSURANCE.

    THE POLICY FEE DISCLOSED ON THE FRONT PAGE OF YOUR DECLARATIONS PAGE AND
    THE ADDITIONAL FEES DISCLOSED ABOVE ARE FULLY EARNED AND ARE NOT SUBJECT
    TO REFUND IN THE EVENT THE POLICY IS CANCELLED.

** THIS POLICY IS SUBJECT TO A SECTION I LIMIT OF $5000 FOR LIMITED FUNGI,
   OTHER MICROBES OR MICROBES REMEDIATION.

1ST LOAN NO. 6014001017
MTG SERVICEMAC LLC ISAOA ATIMA
    PO BOX 29411
    PHOENIX, AZ 85038-9411


                          * CONTINUED *
```

**Date Issued:**  01/20/21

**INSURED   1 COPY**                                    ZAHHO-TX DEC 11 18
                                                              **App 0047**

**Zurich American Insurance Co.**
Processing Center
P.O. Box 9061, Carlsbad, CA  92018-9061

HOMEOWNERS DECLARATIONS
D-BILL: SERVICEMAC LLC ISAOA ATIMA   PAGE: 3
ADDITIONAL INFORMATION   END#:     6   1/04/21

| GA:        1 | PRODUCER: 154104      (855) 721-9248 |
|---|---|
| ARROWHEAD GENERAL INSURANCE AGENCY, INC. P O BOX 9061 CARLSBAD, CA 92018-9061 | GEICO INSURANCE AGENCY, INC ONE GEICO BLVD. FREDERICKSBURG, VA 22412 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION ADDRESS |
|---|---|
| HEATHER LYNN GRAGG 3105 ROCK BROOK FALLS LN LEAGUE CITY, TX 77573-6138 | 3105 ROCK BROOK FALLS LN LEAGUE CITY, TX 77573-6138 COUNTY: GALVESTON |

**POLICY NO:** ZHO0409133   **Policy Period:**   4/07/2020 to  4/07/2021

**HOMEOWNERS DECLARATIONS**     **12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.**

CHANGED:  MORTGAGEE ADDRESS HAS BEEN UPDATED PER THEIR REQUEST.

* END OF POLICY DECLARATIONS *

**Date Issued:**  01/20/21

INSURED  1 COPY

ZAHHO-TX DEC 11 18
**App 0048**

**IMPORTANT NOTICE**

**Where you can get information or make a complaint**

If you have a question or a problem with a claim or your premium, contact your insurance company first. You can also get information or file a complaint with the Texas Department of Insurance.

**Zurich American Insurance Company**
To get information or file a complaint with your insurance company

**Toll Free: 1-800-905-7550**
Email:      propertydocs@arrowheadgrp.com
Mail:       P. O. Box 9061
            Carlsbad, CA 92018-9061

**The Texas Department of Insurance**
To get help with an insurance question, learn your rights, or file a complaint with the state:

**Call:      1-800-252-3439**
Online:     www.tdi.texas.gov
Email:      ConsumerProtection@tdi.texas.gov
Mail:       MC 111-1A
            P. O. Box 149091
            Austin, TX  78714-9101

**Premium or Claim Disputes:**
Should you have a dispute concerning your premium or about a claim you should contact Zurich American Insurance Company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**Attach This Notice To Your Policy:**
This notice is for information only and does not become a part or condition of the attached document

**To Compare Policies and Prices**
Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance counsel.

**AVISO IMPORTANTE**

**Dónde puede obtener información o presentar una queja**

Si tiene una pregunta o un problema con una reclamación o con su prima de seguro, comuníquese primero con su compañía de seguros. Usted también puede obtener información o presentar una queja ante el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés).

**Zurich American Insurance Company**
Para obtener información o presentar una queja ante su compañía de seguros

**Teléfono gratuito: 1-800-905-7550**
Correo electrónico: propertydocs@arrowheadgrp.com
Dirección postal:   P. O. Box 9061
                    Carlsbad, CA 92018-9061

**El Departamento de Seguros de Texas**
Para obtener ayuda con una pregunta relacionada con los seguros, para conocer sus derechos o para presentar una queja ante el estado:

**Llame:             1-800-252-3439**
En linea:           www.tdi.texas.gov
Correo electrónico: ConsumerProtection@tdi.texas.gov
Dirección postal:   MC 111-1A
                    P. O. Box 149091
                    Austin, TX  78714-9101

**Disputas Sobre Primas o Reclamos:**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con Zurich American Insurance Company primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**Una Este Aviso A Su Poliza:**
Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

**Para comparar pólizas y precios**
Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés).

ZAHHO-NO TX 05 20

**App 0049**

# Flood Insurance Notice – Texas



Flood Insurance:

You may also need to consider the purchase of flood insurance.  Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood.  Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov.

**App 0050**

## Consumer Bill of Rights

### Homeowners, Dwelling and Renters Insurance

AVISO:  Este documento es un resumen de sus derechos como asegurado.  Usted tiene el derecho a llamar a su compañia y pedir una copia de estos derechos en español.

### What is the Bill of Rights?

This Bill of Rights is a summary of your rights and does not become a part of your policy.  The Texas Department of Insurance (TDI) adopted the Bill of Rights and requires insurance companies to provide you a copy when they issue your policy.

Texas law gives you certain rights regarding your homeowners, dwelling and renters insurance.  This Bill of Rights identifies your rights specified by rule or by state statute, but it does not include all your rights.  Also, some exceptions to the rights are not listed here. Legislative or regulatory changes to statutes or rules may affect your rights as an insured.  If your agent, company, or adjuster tells you that one of these rights does not apply to you, contact TDI Consumer Protection at 1-800-252-3439, by mail at Mail Code   111-1A, P.O. Box 149091, Austin, TX 78714-9091, or by email at ConsumerProtection@tdi.texas.gov.  For a list of the specific law(s) and/or rule(s) summarized in each item of this Bill of Rights, or if you have questions or comments contact the Office of Public Insurance Counsel at 333 Guadalupe, Suite 3-120, Austin, TX 78701, or visit the OPIC website at www.opic.texas.gov.

This Bill of Rights does not address your responsibilities.  Your responsibilities concerning your insurance can be found in your policy.  Failure to meet your obligations may affect your rights.

### Getting information from the Department of Insurance and Your Insurance Company

1. *INFORMATION FROM TDI.*  You have the right to call TDI free of charge at 1-800-252-3439 - to learn more about:

   - your rights as an insurance consumer;
   - the license status of an insurance company or agent;
   - the financial condition of an insurance company;
   - the complaint ratio and type of consumer complaints filed against an insurance company;
   - use of credit information by insurance companies, including which insurance companies use it and access to each company's credit scoring model;
   - an insurance company's rates filed with the state;
   - an insurance company's underwriting guidelines (subject to exemptions in the Public Information Act, also known as the Open Records Act);
   - the Texas FAIR Plan, designed to help consumers who have been denied coverage by at least two insurance companies;
   - other consumer concerns.

   You can also find some of this information on the TDI website at www.tdi.texas.gov.

At www.helpinsure.com, Texans can find more detailed information on their current and prospective insurers.  TDI, in conjunction with OPIC, maintains this website to help Texans shop for residential property insurance and personal automobile insurance.  For companies writing in Texas that are in the top 25 company groups nationally, the site also includes:

- a list of insurers by county and/or ZIP code;
- detailed contact information for each insurer;
- sample rates and a brief history of increases and/or decreases in the rates;
- policy form comparisons
- a list of policy forms, exclusions, endorsements, and discounts offered by each insurer; and
- nonconfidential disciplinary actions against each insurer.

2. *INFORMATION FROM YOUR INSURANCE COMPANY.* You have the right to a toll-free number to call your insurance company free of charge with questions or complaints. You can find this number on a notice accompanying your policy.  This requirement does not apply to small insurance companies.

**What you should know before you buy insurance**

3. *PROHIBITED STATEMENTS.* Your insurance company or agent is prohibited from making false, misleading, or deceptive statements to you relating to insurance.

4. *LENDER-REQUIRED INSURANCE.* A lender cannot require you to purchase insurance on your property in an amount that exceeds the replacement cost of the dwelling and its contents as a condition of financing a residential mortgage or providing other financing arrangements for the property, regardless of the amount of the mortgage or other financing arrangements.  In determining the replacement cost of the dwelling, a lender cannot include the fair market value of the land on which a dwelling is located.

5. *CREDIT INFORMATION.*   An insurance company cannot deny you insurance solely on the basis of credit information.  Insurers who use credit information must also consider other underwriting factors independent of credit information when deciding whether to offer coverage.  (For additional information see the section of this Bill of Rights entitled *What you should know about insurance companies' use of credit information*.)

6. *APPLIANCE RELATED WATER DAMAGE CLAIMS.*  An insurance company cannot deny you insurance or increase your premium based on a prior appliance-related water damage claim if:

- the claim has been properly repaired or remediated; and

- the repair or remediation was inspected and certified.

NOTE: A company can use an appliance-related water damage claim if you file three or more such claims in a 3-year period and the company has paid the claims.  A claim includes a claim filed by you or a claim filed on your property.

7. *WATER CLAIMS/MOLD DAMAGE OR CLAIMS.*  An insurance company cannot deny you insurance based solely on a single prior water damage claim.  An insurance company also cannot deny you insurance because of prior mold damage or a prior mold claim if:

- the damage or claim was properly repaired or remediated; and
- the repair or remediation was inspected and certified.

Issue Date: 04/01/20                        INSURED    1 COPY

**App 0052**

NOTE: A claim includes a claim filed by you or a claim filed on your property.

8. *PROPERTY CONDITION*.  Voluntary Inspection Program:  You have the right to have an independent inspection of your property by any person authorized by the Commissioner of Insurance to perform inspections.  Once the inspector determines that your property meets certain minimum requirements and issues you an inspection certificate, no insurer may deny coverage based on property conditions without reinspecting your property.  If an insurer then denies coverage, the insurer must identify, in writing, the specific problem(s) that makes your property uninsurable.  You can find a list of available inspectors on the TDI website at www.tdi.texas.gov/company/vipagnt.html or you can contact TDI for the list directly at 1-800-252-3439.

9. *SAFETY NET*.  You have the right to buy basic homeowners insurance through the Texas Fair Access to Insurance Requirements Plan, also known as the Texas FAIR Plan, if you have been denied coverage by two insurance companies.  Your property must meet certain requirements, and eligibility for FAIR Plan coverage must be re-established every two years.  You can access a list of insurance agents who are authorized to sell this coverage on the Texas FAIR Plan Association website at www.texasfairplan.org or by calling 1- 800-979-6440 (512-505-2200 in Austin).

10. *WINDSTORM COVERAGE*. For property located in areas designated by the Commissioner in certain counties on or near the coast, you may have the right to buy windstorm and hail coverage from the Texas Windstorm Insurance Association (TWIA), if you have been denied windstorm coverage by one insurance company in the standard market currently providing windstorm coverage.  Your property must meet certain requirements, and eligibility for TWIA coverage must be re-established every three years.  You may have to re-establish eligibility sooner than every three years if you have made any repairs or alterations to your home.  Windstorm coverage through TWIA is limited to a maximum amount set each year by the Commissioner of Insurance. This right applies whether or not you buy other insurance for your house.  In all other counties your homeowners or dwelling policy includes windstorm and hail coverage unless you request that this coverage be removed from your policy.  NOTE: If you live in a certain flood zone (Zone V, Zone VE and Zone V1-130) and your dwelling was constructed, altered, remodeled, or enlarged after September 1, 2009, you must purchase flood insurance through the National Flood Insurance Program (NFIP) in order to be eligible to purchase windstorm coverage through TWIA. However, if NFIP does not provide flood insurance in your area, you are not required to purchase it.

11. *ELECTRONIC PAYMENTS*.  If you authorize your insurer to withdraw your premium payments directly from your financial institution, including your escrow account, your insurer cannot increase the amount withdrawn unless:

• the insurer notifies you of the premium increase at least 30 days prior to its effective date and provides a postage paid form you can use to object to the increase; and

• you do not notify the insurer or financial institution that you object to the increase at least 5 days prior to the increase.

The notice provided by the insurer must include a toll-free number, a mailing address and an email address (if applicable), through which you can contact the insurer to object to the increase.

NOTE: This does not apply to premium increases specifically scheduled in the original policy, to increases based on policy changes you request, or to an increase that is less than $10 or 10% of the previous month's payment.

12. *NOTICE OF REDUCED COVERAGE.* If an insurer uses an endorsement to reduce the amount of coverage provided by your policy, the insurer must give you a written explanation of the change made by the endorsement. The insurer must provide the explanation not later than the 30th day before the effective date of the new or renewal policy. An insurance company cannot reduce coverage during the policy period unless you request the change. If you request the change, the company is not required to provide notice.

13. *NOTICE OF PREMIUM INCREASE.* If your insurer intends to increase your premium by 10% or more upon renewal, the insurer must send you notice of the rate increase at least 30 days before your renewal date.

14. *EXPLANATION OF DENIAL.* Upon request, you have the right to be told in writing why you have been denied coverage. The written statement must fully explain the decision, including the precise incidents, circumstances, or risk factors that disqualified you. It must also state the sources of information used.

NOTE: The obligation to provide a written explanation applies to insurance companies directly. An independent agent does not have a specific duty to quote the lowest possible rate to a consumer or to provide a written statement explaining why the agent did not offer the consumer the lowest possible rate.

15. *CUSTOMER INQUIRY.* An insurance company cannot use a customer inquiry as a basis for denying you coverage or determining your premium.

NOTE: A customer inquiry includes:

- general questions about your policy;
- questions concerning the company's claims filing process; and
- questions about whether the policy will cover a loss unless the question concerns specific damage that has occurred and that results in an investigation or claim.

16. *RATE DIFFERENTIAL WITHIN A COUNTY.* If an insurer subdivides a county for the purposes of charging different rates for each subdivision, the difference between the lowest and the highest rate cannot exceed 15% unless actuarially justified.

17. *RIGHT TO PRIVACY.* You have the right to prevent an insurance company, agent, adjuster or financial institution from disclosing your personal financial information to companies that are not affiliated with the insurance company or financial institution. Some examples are income, social security number, credit history and premium payment history.

If you apply for a policy, the insurance company or financial institution must notify you if it intends to share financial information about you and give you at least 30 days to refuse. This refusal is called "opting out." If you buy a policy, the insurance company or financial institution must tell you what information it collects about you and whether it intends to share any of the information, and give you at least 30 days to opt out. Agents and adjusters who intend to share your information with anyone other than the insurance company or financial institution must give you similar notices.

You can opt out at any time.  Your decision to opt out remains in effect unless you revoke it.

These protections do not apply to information:

- publicly available elsewhere;
- insurance companies or financial institutions are required by law to disclose; or
- insurance companies or financial institutions must share in order to conduct ordinary business activities.

### What you should know about cancellation and nonrenewal

Cancellation means that **before the end** of the policy period the insurance company:

- terminates the policy;
- reduces or restricts coverage under the policy; or
- refuses to provide additional coverage to which you are entitled under the policy.

**Refusal to renew** and **non-renewal** mean the policy terminates **at the end** of the policy period.

The **policy period** is shown on the declarations page at the front of your policy.

18. *LIMITATION ON CANCELLATION FOR HOMEOWNERS AND RENTERS POLICIES*.  After your initial homeowners or renters policy with your company has been in effect for 60 days or more, that insurance company cannot cancel your policy unless:

- you don't pay your premium when due;
- you file a fraudulent claim;
- there is an increase in the hazard covered by the policy that is within your control and results in an increase in the policy premium; or
- TDI determines continuation of the policy would result in violation of insurance laws.

If your policy has been in effect for less than 60 days, your insurance company cannot cancel your policy unless:

- one of the reasons listed above applies;
- the insurance company identifies a condition that:
  - creates an increase in hazard;
  - was not disclosed on your application; and
  - is not the subject of a prior claim; or
- the insurance company rejects a required inspection report within 10 days after receiving the report.  The report must be completed by a licensed or authorized inspector and cannot be more than 90 days old.

19. *LIMITATION ON CANCELLATION FOR DWELLING POLICIES*.  After your initial dwelling policy with your company has been in effect for 90 days, that insurance company cannot cancel your policy unless:

- you don't pay your premium when due;
- you file a fraudulent claim;

- there is an increase in the hazard covered by the policy that is within your control and results in an increase in the policy premium; or
- TDI determines continuation of the policy would result in violation of insurance laws.

20. *NOTICE OF CANCELLATION.* To cancel your policy, your insurance company must mail notice at least 10 days prior to cancellation. Your policy may provide for even greater notice.

21. *POLICYHOLDER'S RIGHT TO CANCEL.* You have the right to cancel your policy at any time and receive a refund of the remaining premium.

22. *CHANGE IN MARITAL STATUS.* If your marital status changes, you have the right to continue your insurance coverage. You have a right to a new policy in your name that has coverages which most nearly approximate the coverages of your prior policy, including the same expiration date. The insurance company cannot date the new policy so that a gap in coverage occurs.

23. *USE OF CLAIMS HISTORY TO NONRENEW OR DETERMINE RENEWAL PREMIUM.* Your insurance company cannot use claims you filed as a basis to non-renew your policy unless:

- you file three or more claims in any 3-year period; and
- your insurer notified you in writing after the second claim that filing a third claim could result in non-renewal of your policy.

Your insurance company cannot use the following types of claims to determine the number of claims you have filed or to determine your premium if your policy is renewed:

- claims for damage from natural causes, including weather-related damage;
- appliance-related water damage claims where the repairs have been inspected and certified; or
- claims filed but not paid or payable under the policy.

NOTE: An insurance company can count appliance-related claims if 3 or more such claims are filed and paid within a 3-year period.

24. *USE OF CREDIT INFORMATION TO NONRENEW.* An insurance company cannot refuse to renew your policy solely on the basis of credit information. Insurers who use credit information must also consider other underwriting factors independent of credit information when deciding whether to renew coverage. (For additional information see the section of this Bill of Rights entitled *What you should know about insurance companies' use of credit information*.)

25. *NOTICE OF CHANGE IN POLICY FORM.* Your insurer must notify you in writing of any difference between your current policy and each policy offered to you when the policy renews. In certain instances your insurance company must also provide a comparison between the policy offered and policies adopted by the Commissioner of Insurance.

26. *NOTICE OF NONRENEWAL.* If the insurance company does not mail you notice of nonrenewal at least 30 days before your policy expires, you have the right to require the insurance company to renew your policy.

27. *EXPLANATION OF CANCELLATION OR NONRENEWAL.* Upon request, you have the right to a written explanation of an insurance company's decision to cancel or non-renew your policy. The

ZHO0409133

written statement must fully explain the decision, including the precise incidents, circumstances, or risk factors that disqualified you.  It must also state the sources of information used.

**What you should know when you file a claim**

28. *FAIR TREATMENT*.   You have the right to be treated fairly and honestly when you make a claim. If you believe an insurance company has treated you unfairly, call TDI at 1-800-252-3439  or download a complaint form from the TDI website at www.tdi.texas.gov .  You can complete a complaint form on-line via the internet or fax it to TDI at 512-490-1007.

29. *SETTLEMENT OFFER*.   You have the right to reject any settlement amount, including any unfair valuation, offered by the insurance company.  If you reject a settlement offer, your options include continuing to negotiate with the insurer or pursuing legal remedies, such as mediation, arbitration, or filing a lawsuit.  You have the right to have your home repaired by the repair person of your choice.

30. *EXPLANATION OF CLAIM DENIAL*.   Your insurance company must tell you in writing why your claim or part of your claim was denied.

31. *TIMEFRAMES FOR CLAIM PROCESSING AND PAYMENT*.  When you file a claim on your own policy, you have the right to have your claim processed and paid promptly.  If the insurance company fails to meet required claims processing and payment deadlines, you have the right to collect 18 percent annual interest and attorney's fees in addition to your claim amount.

Generally, within **15 calendar days**, your insurance company must acknowledge receipt of your claim and request any additional information reasonably related to your claim.  Within **15 business days** (30 days if the company reasonably suspects arson) after receipt of all requested information, the company must approve or deny your claim in writing.  The law allows the insurance company to extend this deadline up to 45 days if it notifies you that more time is needed and tells you why.

After notifying you that your claim is approved, your insurance company must pay the claim **within five business days**.

If your claim results from a weather-related catastrophe or other major natural disaster as defined by TDI, these claim handling deadlines are extended for an additional 15 days.

32. *RELEASE OF CLAIM FUNDS*.  Often an insurance company will make a claim check payable to you and your mortgage company or other lender and will send it to the lender.  In that case, the lender must notify you within 10 days of receipt of the check and tell you what you must do to get the funds released to you.

Once you request the funds from the lender, within 10 days the lender must:

- release the money to you; or
- tell you in specific detail what you must do to get the money released.

If the lender does not provide the notices mentioned above or pay the money to you after all requirements have been met, the lender must pay you interest on the money at 10percent per year from the time the payment or the notices were due.

ZHO0409133

33. NOTICE OF LIABILITY CLAIM SETTLEMENT.    Your insurance company must notify you if it intends to pay a liability claim against your policy.  The company must notify you in writing of an initial offer to compromise or settle a claim against you no later than the 10th day after the date the offer is made.  The company must notify you in writing of any settlement of a claim against you no later than the 30th day after the date of the settlement.

34. INFORMATION NOT REQUIRED FOR CLAIM PROCESSING.  You have the right to refuse to provide your insurance company with information that does not relate to your claim.  In addition, you may refuse to provide your federal income tax records unless your insurer gets a court order or your claim involves lost income or a fire loss.

### What you should know about prohibited discrimination

35. PROTECTED CLASSES.    An insurance company cannot discriminate against you by refusing to insure you; limiting the amount, extent or kind of coverage available to you; charging you a different rate for the same coverage; or refusing to renew your policy:

- because of race, color, religion, gender, marital status, disability or partial disability, or national origin; or
- unless justified by actual or anticipated loss experience, because of age or geographic location.

  36. AGE OF HOUSE.  An insurance company cannot refuse to insure your property based on the age of your house.  However, an insurance company may refuse to sell you insurance coverage based on the condition of your property, including the condition of your plumbing, heating, air conditioning, wiring and roof.

37. VALUE OF PROPERTY.    An insurance company cannot refuse to insure your property because the value is too low or because the company has established minimum coverage amounts.

38. UNDERWRITING GUIDELINES.  Underwriting guidelines may not be unfairly discriminatory and must be based on sound actuarial principles.

39. EQUAL TREATMENT.  Unless based on sound actuarial principles, an insurance company may not treat you differently from other individuals of the same class and essentially the same hazard. If you sustain economic damages as a result of such unfair discrimination, you have the right to sue that insurance company in Travis County District Court.

If your suit prevails, you may recover economic damages, court costs and attorney and necessary expert witness fees.  If the court finds the insurance company knowingly violated your rights, it may award up to an additional $25,000 per claimant.

You must bring the suit on or before the second anniversary of the date you were denied insurance or the unfair act occurred or the date you reasonably should have discovered the occurrence of the unfair act.  If the court determines your suit was groundless and you brought the lawsuit in bad faith, or brought it for the purposes of harassment, you will be required to pay the insurance company's court costs and attorney fees.

ZHO0409133

## What you should know about insurance companies' use of credit information

40. *REQUIRED DISCLOSURE.*   If an insurance company uses credit information to make underwriting or rating decisions, the company must provide you a disclosure statement within 10 days after receiving your completed application for insurance.

The disclosure indicates whether the insurer will obtain and use your credit information and lists your specific legal rights, including:

- credit information insurance companies cannot use against you;
- how you can get reasonable exceptions that your insurer is required to  make to its use of credit information if certain life events, such as divorce, death of a close family member, or identity theft, hurt your credit;
- the notice* an insurer must send you when making a credit-based decision that harms your ability to get or keep insurance or requires you to pay a higher premium; and
- how you can dispute credit information and require an insurer to re-rate your policy if the rate was increased because of inaccurate or unverifiable credit information.

* The notice must include a description of up to four primary factors that influenced the action taken by the insurer.

Insurers must use the disclosure form (CD-1) adopted by the Commissioner or an equivalent disclosure form filed prior to use with TDI. The CD-1 is available at www.tdi.texas.gov./forms/pcpersonal/pc328crdtds.pdf or by calling 1-800-252-3439. Additional information regarding insurers' use of credit information is available at www.tdi.texas.gov/credit/credit.html.

## What you should know about enforcing your rights

41. *FILING COMPLAINTS.*   You have the right to complain to TDI about any insurance company and/or insurance matter and to receive a prompt investigation and response to your complaint. To do so, you should:

- call TDI's **Consumer Help Line** at 1-800-252-3439 for service in both English and Spanish;
- write to the Texas Department of Insurance, Consumer Protection (111-1A), P.O. Box 149091, Austin, Texas 78714-9091 ;
- e-mail TDI at ConsumerProtection@tdi.texas.gov;
- fax your complaint to (512) 490-1007;
- download or complete a complaint form on line from the TDI website at www.tdi.texas.gov; or
- call the TDI Publications/Complaint Form order line at 1-800-599-SHOP (7467).  The order line is available 24 hours a day, 7 days a week.

NOTE:  TDI offers interpreter services and publications in alternate formats.  Persons needing more information in alternate layouts or languages can call the *TDI Consumer Help Line* listed above.

42. *RIGHT TO SUE.*   If an insurance company violates your rights, you may be able to sue that company in court, including small claims court, with or without an attorney.

ZHO0409133

43. *BURDEN OF PROOF.*   If you sue to recover under your insurance policy, the insurance company has the burden of proof as to any application of an exclusion in the policy and any exception to or other avoidance of coverage claimed by the insurer.

44. *REQUESTING NEW RULES.*   You have the right to ask in writing that TDI make or change rules on any residential property insurance issue that concerns you.  Send your written request to: Texas Department of Insurance, Attn: Commissioner (113-2A), P.O. Box 149104, Austin, TX 78714-9104.

# ZURICH AMERICAN INSURANCE COMPANY

# EXCLUSION OF COSMETIC DAMAGE TO ROOF COVERINGS CAUSED BY HAIL

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**A.** The following definitions are added to **DEFINITIONS:**

"Cosmetic loss or damage" means only that damage that alters the physical appearance of the "roof covering" but does not result in damage that allows the penetration of water through the "roof covering" or does not result in the failure of the "roof covering" to perform its intended function, to keep out elements over an extended period of time.

"Roof covering" means the roofing material exposed to the weather, the underlayments applied for moisture protection, and all flashings required in the replacement of a roof covering.

**B.** The following is added to **2. c.** under **A. Coverage A – Dwelling And Coverage B – Other Structures in SECTION I – PERILS INSURED AGAINST:**

Caused by:

Hail that results in "cosmetic loss or damage" to "roof covering" .

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-CD TX 11 18         Includes copyrighted material of Insurance Services Office, Inc., with its permission.         Page 1 of 1
Issue Date:                                INSURED   1 COPY

**App 0061**



# Advisory notice to policyholders regarding the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") regulations

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning possible impact on your insurance coverage due to directives issued by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

**Please read this Notice carefully.**

OFAC administers and enforces sanctions policy based on Presidential declarations of "national emergency".  OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons."  This list can be located on the United States Treasury's web site – http://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC restrictions.  When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC.  Other limitations on premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

# HOMEOWNERS 3 – SPECIAL FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

  **a.** Liability for "bodily injury" or "property damage" arising out of the:

    **(1)** Ownership of such vehicle or craft by an "insured";

    **(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

    **(3)** Entrustment of such vehicle or craft by an "insured" to any person;

    **(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

    **(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

  **b.** For the purpose of this definition:

    **(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

    **(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

    **(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

    **(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

  **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

  **b.** Any other activity engaged in for money or other compensation, except the following:

    **(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

    **(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

    **(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

    **(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

  **a.** You and residents of your household who are:

    **(1)** Your relatives; or

    **(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

  **b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

    **(1)** 24 and your relative; or

© Insurance Services Office, Inc., 2010

**App 0064**

**(2)** 21 and in your care or the care of a resident of your household who is your relative; or

**c.** Under Section **II:**

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.;** or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one-family dwelling where you reside;

**b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

© Insurance Services Office, Inc., 2010

HO 00 03 05 11

App 0065

**SECTION I – PROPERTY COVERAGES**

**A. Coverage A – Dwelling**

  **1.** We cover:

    **a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

    **b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

  **2.** We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

  **1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

  **2.** We do not cover:

    **a.** Land, including land on which the other structures are located;

    **b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

    **c.** Other structures from which any "business" is conducted; or

    **d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

  **3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

**C. Coverage C – Personal Property**

  **1. Covered Property**

    We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

    **a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

    **b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

  **2. Limit For Property At Other Locations**

    **a. Other Residences**

    Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

    **(1)** Moved from the "residence premises" because it is:

      **(a)** Being repaired, renovated or rebuilt; and

      **(b)** Not fit to live in or store property in; or

    **(2)** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

    **b. Self-storage Facilities**

    Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

    **(1)** Moved from the "residence premises" because it is:

      **(a)** Being repaired, renovated or rebuilt; and

      **(b)** Not fit to live in or store property in; or

    **(2)** Usually located in an "insured's" residence, other than the "residence premises".

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

**e.** $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

**f.** $2,500 for loss by theft of firearms and related equipment.

**g.** $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

**i.** $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**j.** $1,500 on portable electronic equipment that:

**(1)** Reproduces, receives or transmits audio, visual or data signals;

**(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

**(3)** Is in or upon a "motor vehicle".

**k.** $250 for antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**4. Property Not Covered**

We do not cover:

**a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

**b.** Animals, birds or fish;

**c.** "Motor vehicles".

This includes a "motor vehicle's" equipment and parts. However, this Paragraph **4.c.** does not apply to:

**(1)** Portable electronic equipment that:

**(a)** Reproduces, receives or transmits audio, visual or data signals; and

**(b)** Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

**(2)** "Motor vehicles" not required to be registered for use on public roads or property which are:

**(a)** Used solely to service a residence; or

**(b)** Designed to assist the handicapped;

**d.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

**e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

© Insurance Services Office, Inc., 2010

**g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section **I** – Property Coverages;

**h.** Property rented or held for rental to others off the "residence premises";

**i.** "Business" data, including such data stored in:

**(1)** Books of account, drawings or other paper records; or

**(2)** Computers and related equipment.

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages; or

**k.** Water or steam.

## D. Coverage D – Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

### 1. Additional Living Expense

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

### 2. Fair Rental Value

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

### 3. Civil Authority Prohibits Use

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

### 4. Loss Or Expense Not Covered

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

## E. Additional Coverages

### 1. Debris Removal

**a.** We will pay your reasonable expense for the removal of:

**(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

**(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

**(1)** Your trees felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

**(2)** A neighbor's trees felled by a Peril Insured Against under Coverage **C;**

provided the trees:

**(3)** Damage a covered structure; or

**(4)** Do not damage a covered structure, but:

**(a)** Block a driveway on the "residence premises" which prevents a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **C.4.** under Section **I** – Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

**a.** We will pay up to $500 for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

© Insurance Services Office, Inc., 2010

HO 00 03 05 11

App 0069

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A,** other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **Q.** Policy Period under Section **I** – Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Additional Coverage – Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

## 9. Glass Or Safety Glazing Material

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

## 10. Landlord's Furnishings

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C,** other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

## 11. Ordinance Or Law

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

© Insurance Services Office, Inc., 2010

HO 00 03 05 11

App 0071

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C.**

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I – PERILS INSURED AGAINST

**A. Coverage A – Dwelling And Coverage B – Other Structures**

1. We insure against direct physical loss to property described in Coverages **A** and **B.**

2. We do not insure, however, for loss:

   **a.** Excluded under Section **I** – Exclusions;

   **b.** Involving collapse, including any of the following conditions of property or any part of the property:

      **(1)** An abrupt falling down or caving in;

      **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

      **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above;

   except as provided in **E.8.** Collapse under Section **I** – Property Coverages; or

   **c.** Caused by:

      **(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

         **(a)** Maintain heat in the building; or

         **(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

   **(a)** Fence, pavement, patio or swimming pool;

   **(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

   **(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

   **(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

   **(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

   **(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

**App 0072**

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C.**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, rodents or insects;

**(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals; or

**(i)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section I – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section I – Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

© Insurance Services Office, Inc., 2010

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

9. **Theft**

   **a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   **b.** This peril does not include loss caused by theft:

   **(1)** Committed by an "insured";

   **(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

   **(4)** That occurs off the "residence premises" of:

   **(a)** Trailers, semitrailers and campers;

   **(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

   **(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

10. **Falling Objects**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

    **(1)** To the system or appliance from which the water or steam escaped;

    **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

    **(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    **(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

    **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

    **d.** Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I** – Property Coverages;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting.

This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.**, is caused by an act of nature or is otherwise caused.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.d.**, is covered.

**3. Water**

This means:

**a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**b.** Water which:

**(1)** Backs up through sewers or drains; or

**(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

**c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

© Insurance Services Office, Inc., 2010

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.,** is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.3.a.** through **A.3.d.,** is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **N.** Nuclear Hazard Clause under Section **I** – Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I – CONDITIONS**

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this policy apply to the loss, only the highest deductible amount will apply.

## C. Duties After Loss

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

    **a.** Make reasonable and necessary repairs to protect the property; and

    **b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

    **a.** Show the damaged property;

    **b.** Provide us with records and documents we request and permit us to make copies; and

    **c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

    **a.** The time and cause of loss;

    **b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

    **c.** Other insurance which may cover the loss;

    **d.** Changes in title or occupancy of the property during the term of the policy;

    **e.** Specifications of damaged buildings and detailed repair estimates;

    **f.** The inventory of damaged personal property described in **6.** above;

    **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

    **h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages, stating the amount and cause of loss.

## D. Loss Settlement

In this Condition **D.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section **I** – Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

    **a.** Personal property;

    **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

    **c.** Structures that are not buildings; and

    **d.** Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

    **a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

        **(1)** The limit of liability under this policy that applies to the building;

        **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

        **(3)** The necessary amount actually spent to repair or replace the damaged building.

    If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

© Insurance Services Office, Inc., 2010

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

    **(1)** The actual cash value of that part of the building damaged; or

    **(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

    **(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

    **(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

    **(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

    **(1)** Less than 5% of the amount of insurance in this policy on the building; and

    **(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

**I. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**J. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

**K. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**L. Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us and **J.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.

**3.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.** If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**M. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**N. Nuclear Hazard Clause**

**1.** "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**O. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**P. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Q. Policy Period**

This policy applies only to loss which occurs during the policy period.

© Insurance Services Office, Inc., 2010

**R. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**S. Loss Payable Clause**

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II – LIABILITY COVERAGES

**A. Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

**a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

**b.** Is caused by the activities of an "insured";

**c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

**d.** Is caused by an animal owned by or in the care of an "insured".

## SECTION II – EXCLUSIONS

**A. "Motor Vehicle Liability"**

**1.** Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

**a.** Is registered for use on public roads or property;

**b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

**c.** Is being:

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used to carry persons or cargo for a charge; or

**(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Used solely to service a residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place:

**(a)** On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

**(b)** Off an "insured location" and the "motor vehicle" is:

**(i)** Designed as a toy vehicle for use by children under seven years of age;

**(ii)** Powered by one or more batteries; and

**(iii)** Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

**(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

**(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

**(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

**(c)** Cross public roads at designated points to access other parts of the golfing facility; or

**(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

**1.** Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

**a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

**b.** Rented to others;

**c.** Used to carry persons or cargo for a charge; or

**d.** Used for any "business" purpose.

**2.** If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

**a.** Is stored;

**b.** Is a sailing vessel, with or without auxiliary power, that is:

**(1)** Less than 26 feet in overall length; or

**(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

**c.** Is not a sailing vessel and is powered by:

**(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

**(a)** 50 horsepower or less and not owned by an "insured"; or

**(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

**(2)** One or more outboard engines or motors with:

**(a)** 25 total horsepower or less;

**(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

**(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

**(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

**(i)** You declare them at policy inception; or

**(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

© Insurance Services Office, Inc., 2010

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

**a.** Is of a different kind, quality or degree than initially expected or intended; or

**b.** Is sustained by a different person, entity or property than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

## F. Coverage E – Personal Liability

Coverage **E** does not apply to:

**1.** Liability:

**a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** – Additional Coverages;

**b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

**(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(2)** Where the liability of others is assumed by you prior to an "occurrence";

unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

**a.** Is also an insured under a nuclear energy liability policy issued by the:

**(1)** Nuclear Energy Liability Insurance Association;

**(2)** Mutual Atomic Energy Liability Underwriters;

**(3)** Nuclear Insurance Association of Canada;

or any of their successors; or

**b.** Would be an insured under such a policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury" to you or an "insured" as defined under Definition **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured" to:

**a.** Repay; or

**b.** Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

## G. Coverage F – Medical Payments To Others

Coverage **F** does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

**a.** Occurs off the "insured location"; and

**b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**3.** From any:

**a.** Nuclear reaction;

**b.** Nuclear radiation; or

**c.** Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

**d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

## A. Claim Expenses

We pay:

**1.** Expenses we incur and costs taxed against an "insured" in any suit we defend;

**2.** Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

© Insurance Services Office, Inc., 2010

**3.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

**4.** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

**1.** We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

**2.** We will not pay for "property damage":

**a.** To the extent of any amount recoverable under Section **I**;

**b.** Caused intentionally by an "insured" who is 13 years of age or older;

**c.** To property owned by an "insured";

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

**e.** Arising out of:

**(1)** A "business" engaged in by an "insured";

**(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This Exclusion **e.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

**(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

**1.** We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded from coverage under Section **II** – Exclusions; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

**(1)** Is elected by the members of a corporation or association of property owners; and

**(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**2.** Paragraph **I.** Policy Period under Section **II** – Conditions does not apply to this Loss Assessment Coverage.

**3.** Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

**b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**4.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II – CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

© Insurance Services Office, Inc., 2010

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

  **a.** The identity of the policy and the "named insured" shown in the Declarations;

  **b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

  **c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**3.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

**4.** At our request, help us:

  **a.** To make settlement;

  **b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

  **c.** With the conduct of suits and attend hearings and trials; and

  **d.** To secure and give evidence and obtain the attendance of witnesses;

**5.** With respect to **C.** Damage To Property Of Others under Section **II** – Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

**6.** No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person – Coverage F – Medical Payments To Others**

**1.** The injured person or someone acting for the injured person will:

  **a.** Give us written proof of claim, under oath if required, as soon as is practical; and

  **b.** Authorize us to obtain copies of medical reports and records.

**2.** The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim – Coverage F – Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

**1.** No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

**2.** No one will have the right to join us as a party to any action against an "insured".

**3.** Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

© Insurance Services Office, Inc., 2010

## SECTIONS I AND II – CONDITIONS

### A. Liberalization Clause

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this policy; or

**2.** An amendatory endorsement.

### B. Waiver Or Change Of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

### C. Cancellation

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

  **a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

  **b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

  **c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

    **(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

    **(2)** If the risk has changed substantially since the policy was issued.

    This can be done by letting you know at least 30 days before the date cancellation takes effect.

  **d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

### D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

### E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

### F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** – Additional Coverages.

### G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

App 0086

**2.** "Insured" includes:

    **a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

    **b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

# ZURICH AMERICAN INSURANCE COMPANY

# SPECIAL PROVISIONS – TEXAS

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

**A.** The following **DEFINITIONS** are added:

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

"Business day" means a day other than a Saturday, Sunday or holiday recognized by the state of Texas.

**B.** Paragraph **2. c. (5)** of **Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST** is replaced by the following:

Constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture or vapor, over a period of 14 or more days from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

**C.** Paragraph **2. c. (6) (c)** of **Coverage A – Dwelling And Coverage B – Other Structures** under **SECTION I – PERILS INSURED AGAINST** is replaced by the following:

Smog, rust or other corrosion, wet or dry rot;

**D.** Paragraph **12. b. (4)** of **Coverage C – Personal Property** under **SECTION I – PERILS INSURED AGAINST** is replaced by the following:

Caused by constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture or vapor, over a period of 14 or more days.

**E.** Paragraph **8.** of **A.** under **SECTION I – EXCLUSIONS** is replaced by the following:

**8. Intentional Loss**

    **a.** Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

    In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

    **b.** However, this exclusion does not apply to an "insured" who did not cooperate in or contribute to the creation of the loss if that "insured" has:

        **(1)** Filed a police report; and

        **(2)** Cooperated with law enforcement investigation or prosecution relating to any other "insured" causing the intentional loss.

    **c.** If we pay a claim pursuant to Paragraph **8.b.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a secured interest in the Policy. In no event will we pay more than the limit of liability. As a condition of payment for intentional loss caused by another "insured" under this exception to the exclusion, we may require an assignment of rights of recovery to the extent that payment is made by us.

**F.** The following is added under **SECTION I – EXCLUSIONS**:

**"Fungi" Or Microbes**

    **a.** "Fungi" or microbes means the presence, growth, proliferation, spread or any activity of "fungi" or microbes.

This exclusion also applies to the cost:

ZAHHO-SP TX 09 19      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 1 of 8

Issue Date:                  INSURED  1 COPY

**App 0088**

(1) To remove "fungi" or microbes from property covered under Section I – Property Coverages;

(2) To tear out and replace any part of the building or other covered property as needed to gain access to the "fungi" or microbes; and

(3) Of testing of air or property to confirm the absence, presence or level of "fungi" or microbes.

**b.** This exclusion applies unless the "fungi" or microbes are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental discharge or overflow of water which would otherwise be covered under this Policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

**c.** However, the exception to the exclusion described in **b.** above does not include:

(1) The cost to treat, contain, remove or dispose of the "fungi" or microbes beyond that which is required to repair or replace the covered property physically damaged by water;

(2) The cost of any testing of air or property to confirm the absence, presence or level of "fungi" or microbes whether performed prior to, during or after removal, repair, restoration or replacement;

(3) The cost of any decontamination of the "residence premises"; and

(4) Any increase in loss under Coverage **D** – Loss Of Use and Additional Coverage **1.** Debris Removal resulting from **c.(1), (2)** or **(3)**.

Direct loss by fire, smoke or explosion resulting from "fungi" or microbes is covered.

**G.** The following is added to Paragraph **A. Insurable Interest And Limit of Liability** under **SECTION I – CONDTIONS:**

**Policy A Liquidated Demand**

A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. This provision shall not apply to personal property.

**H.** Paragraph **C.** under **SECTION I – CONDITIONS** is replaced by the following:

**C.  Duties After Loss**

**1.  Your Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this Policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage or a representative of either:

**a.** Give prompt notice to us or our agent.  Any claim must be filed with us not later than one year after the date of the loss that is the subject of the claim. However, any such claim may be filed after the first anniversary of the date of the loss for good cause shown by the person filing the claim;

**b.** Notify the police in case of a loss by theft;

**c.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money Coverage under Section I – Property Coverages;

**d.** Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

**e.** Cooperate with us in the investigation of a claim;

**f.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**g.** As often as we reasonably require:

ZAHHO-SP TX 09 19                Includes copyrighted material of Insurance Services Office, Inc., with its permission.                Page 2 of 8

Issue Date:                                       INSURED    1  COPY

**App 0089**

    **(1)** Show the damaged property;

    **(2)** Provide us with records and documents we request and permit us to make copies; and

    **(3)** Submit to examination under oath, while not in the presence of another "insured", and sign the same. A minor may have a parent or guardian present during an examination under oath;

**h.** Send to us, within 91 days after our request, your signed, sworn proof of loss on a standard form supplied by us. We must request a signed, sworn proof of loss within 15 days after we receive your written notice, or we waive our right to require a proof of loss. Such waiver will not waive our other rights under this Policy.

    **(1)** This proof of loss shall set forth, to the best of your knowledge and belief:

        **(a)** The time and cause of loss;

        **(b)** The interests of all "insureds" and all others in the property involved and all liens on the property;

        **(c)** Other insurance which may cover the loss;

        **(d)** Changes in the title or occupancy of the property during the term of the Policy;

        **(e)** Specifications of the damaged buildings and detailed repair estimates;

        **(f)** The inventory of damaged personal property described in **C.1.f.** above;

        **(g)** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

        **(h)** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money Coverage under Section I – Property Coverages, stating the amount and cause of loss.

    **(2)** If you elect to make claim under the Replacement Cost Coverage of this Policy, this proof of loss shall also state, to the best of your knowledge and belief:

        **(a)** The replacement cost of the described dwelling;

        **(b)** The replacement cost of any other building on which loss is claimed; or

        **(c)** The full cost of repair or replacement of loss without deduction for depreciation.

**2.  Our Duties After Loss**

**a.** No later than 15 days after we receive your written notice of claim, we must:

    **(1)** Acknowledge receipt of the claim.

    If our acknowledgment of the claim is not in writing, we will keep a record of the date, means and content of our acknowledgment;

    **(2)** Begin an investigation of the claim; and

    **(3)** Specify the information you must provide in accordance with Paragraph **C.1.** Your Duties After Loss above.

    We may request more information if during the investigation of the claim such additional information is necessary;

**b.** After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:

    **(1)** Within 15 "business days"; or

    **(2)** Within 30 days if we have reason to believe the loss resulted from arson;

**c.** If we do not approve payment of your claim or require more time for processing your claim, we must:

    **(1)** Give the reason for denying your claim; or

ZAHHO-SP TX 09 19     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 3 of 8

Issue Date:                    INSURED   1 COPY

**App 0090**

    **(2)** Give the reasons we require more time to process your claim. But we must either approve or deny your claim within 45 days after requesting more time.

**I.** Paragraph **D.1.** in **Loss Settlement** under **SECTION I - CONDITIONS** is replaced by the following:

    **1.** Property of the following types:

        **a.** Personal property other than jewelry;

        **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

        **c.** Structures that are not buildings; and

        **d.** Grave markers, including mausoleums;

    at actual cash value at the time of loss but not more than the amount required to repair or replace.

**J.** Paragraph **E. Loss To A Pair Or Set** under **SECTION I - CONDITIONS** is replaced by the following:

    **E.** **Loss To A Pair Or Set**

    **1.** In case of loss to a pair or set other than jewelry, we may elect to:

        **a.** Repair or replace any part to restore the pair or set to its value before the loss; or

        **b.** Pay the difference between actual cash value of the property before and after the loss.

    **2.** Loss to a jewelry pair or set will be settled at replacement cost at the time of loss without deduction for depreciation.

**K.** Paragraph **H. Suit Against Us** under **SECTION I - CONDITIONS** is replaced by the following:

    **H.** **Suit Against Us**

    **1.** Except as provided in Paragraph **2.**, no suit or action can be brought against us unless there has been full compliance with all of the terms under Section I of this Policy. Action must be brought against us within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

    **2.** With respect to suits brought in connection with claims for loss caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code:

    No action can be brought against us unless there has been compliance with all of the terms of this Policy. The action must be brought before the earlier of the following:

        **a.** Two years and one day from the date we accept or reject the claim; or

        **b.** Three years and one day from the date of the loss that is the subject of the claim.

**L.** Paragraph **J. Loss Payment** under **SECTION I - CONDITIONS** is replaced by the following:

    **J.** **Loss Payment**

    We will adjust all losses with you. We will pay you unless some other person is named in the Policy or is legally entitled to payment.

    If we notify you that we will pay your claim, or part of your claim, we must pay within five "business days" after we notify you. If payment of your claim or part of your claim requires the performance of an act by you, we must pay within five "business days" after the date you perform the act.

**M.** Paragraph **L. Mortgage Clause** under **SECTION I - CONDITIONS** is replaced by the following:

    **L.** **Mortgage Clause (Without Contribution)**

    **1.** We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

    **2.** The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building structure.

ZAHHO-SP TX 09 19     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 4 of 8

Issue Date:              INSURED   1 COPY

**App 0091**

3. If we deny your claim because of your acts or because you have failed to comply with the terms of this Policy, the mortgagee has the right to receive loss payment if the mortgagee:

   a. At our request, pays any premium due under this Policy, if you have failed to do so;

   b. Submits a signed, sworn statement of loss within 91 days after receiving notice from us of your failure to do so; and

   c. Has notified us of any changes in ownership, occupancy or substantial changes in risk known to the mortgagee.

   All of the terms of this Policy will then apply directly to the mortgagee.

   Failure of the mortgagee to comply with **3.a.**, **3.b.** or **3.c.** above shall void this Policy as to the interest of the mortgagee.

4. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Policy:

   a. The mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

   b. The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

   At our option, we may pay the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

5. If this Policy is cancelled, we will give the mortgagee specifically named in the Declarations written notice of cancellation.

   If we cancel the Policy, we will give the mortgagee the same number of days' notice of cancellation we give to you.

   If you cancel the Policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

   We will not give notice of cancellation to any successor or assignee of the mortgagee named in the Policy.

6. If the property described under Coverage **A** – Dwelling or Coverage **B** – Other Structures is foreclosed upon under the deed of trust, the mortgagee may cancel this Policy of insurance and will be entitled to any unearned premium from this Policy.

   The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower. The unearned premium will be figured using the customary pro rata procedures.

7. If we elect not to renew this Policy, the mortgagee specifically named in the Declarations will be given 30 days' written notice of the nonrenewal.

**N.** Paragraph **R. Concealment Or Fraud SECTION I - CONDITIONS** is replaced by the following:

   **R. Concealment Or Fraud**

   We will not provide coverage for the "insured" who, whether before or after a loss, has:

   **1.** Intentionally concealed or misrepresented any material fact or circumstance;

   **2.** Engaged in fraudulent conduct; or

   **3.** Made material false statements;

   relating to this insurance.

**O.** The following condition under **SECTION I - CONDITIONS** is added:

   **Residential Community Property Clause**

   This Policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or

ZAHHO-SP TX 09 19          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 5 of 8

Issue Date:                                    INSURED   1 COPY

**App 0092**

change of ownership between the spouses unless excluded by endorsement attached to this Policy, until the expiration of the Policy or until cancelled in accordance with the terms and conditions of this Policy.

**P.**   The following condition under **SECTION I - CONDITIONS** is added:

**Catastrophe Claims**

If a claim results from a weather-related catastrophe or a major natural disaster, each claim-handling deadline shown in **C. Duties After Loss** and **J. Loss Payment** is extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather-related event which:

**1.**   Is declared a disaster under the Texas Disaster Act of 1975; or

**2.**   Is determined to be a catastrophe by the Texas Department of Insurance.

**Q.**   Paragraph **E.1. Expected Or Intended Injury** under **SECTION II - EXCLUSIONS** is replaced by the following:

**1.   Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured".

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

**R.**   Paragraph **E.6. Communicable Disease** under **SECTION II - EXCLUSIONS** is replaced by the following:

**6.   Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of sickness or disease by an "insured" through sexual contact;

**S.**   Paragraph **E.7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse** under **SECTION II - EXCLUSIONS** is replaced by the following:

**7.   Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

For purposes of this exclusion, abuse means an act which is committed with the intent to cause harm; or

**T.**   The following condition is added under **SECTION II – CONDITIONS**

**Notice Of Offer To Settle Or Of Settlement Of Claim**

**1.**   We will notify you in writing of any initial offer to settle a claim against you under this Section II. We will give you notice within 10 days after the date the offer is made.

**2.**   We will notify you in writing of any settlement of a claim against you under this Section II. We will give you notice within 30 days after the date of the settlement.

**U.**   Paragraph **C. Cancellation** under **SECTIONS I AND II – CONDITIONS** is replaced by the following:

**C.   Cancellation**

**1.**   You may cancel this Policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.**   We may cancel this Policy at any time for the reasons stated in this condition by mailing you notice in writing of the date cancellation takes effect.

**a.**   If this Policy has been in effect for less than 60 days and is not a renewal policy, we may not cancel this Policy unless:

**(1)**   We identify a condition that:

**(a)**   Creates an increased risk of hazard;

**(b)**   Was not disclosed in the application for insurance coverage; and

**(c)**   Is not the subject of a prior claim;

ZAHHO-SP TX 09 19          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 6 of 8

Issue Date:                          INSURED   1 COPY

**App 0093**

(2) Before the effective date of the Policy, we do not accept a copy of a required inspection report that:

    (a) Was completed by an inspector licensed by the Texas Real Estate Commission or who is otherwise authorized to perform inspections; and

    (b) Is dated not earlier than the 90th day before the effective date of the Policy.

An inspection report is deemed accepted unless we reject it before the 11th day after the date we receive it;

(3) You do not pay the premium or any portion of the premium due;

(4) The Texas Department of Insurance determines that continuation of the Policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state;

(5) You submit a fraudulent claim; or

(6) There is an increase in the hazard covered by this Policy that is within your control and that would produce an increase in the premium rate of this Policy.

The effective date of cancellation cannot be before:

(1) The 10th day after we mail notice if we cancel for reason **(3)**, **(4)**, **(5)** or **(6)** above.

(2) The 30th day after we mail notice if we cancel for any other reason.

  **b.** If this Policy has been in effect 60 days or more, or at any time if it is a renewal policy, we may not cancel this Policy unless:

(1) You do not pay the premium or any portion of the premium due.

(2) The Texas Department of Insurance determines that continuation of the Policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state.

(3) You submit a fraudulent claim.

(4) There is an increase in the hazard covered by this Policy that is within your control and that would produce an increase in the premium rate of this Policy.

The effective date of cancellation cannot be before the 10th day after we mail the notice. Our notice of cancellation must state the reason for cancellation.

**3.** When this Policy is cancelled, we will send you any refund due not later than the 15th "business day" after the effective date of cancellation.  The premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If we cancel, our notice to you will state that if this refund is not included with the notice, it will be returned on demand or not later than the 15th "business day" after the date of cancellation.

**5.** We may not cancel this Policy solely because you are an elected official.

**V.** Paragraph **D. Nonrenewal** under **SECTIONS I AND II – CONDITIONS** is replaced by the following:

  **D.** **Refusal To Renew**

**1.** We may not refuse to renew this Policy because of claims for losses resulting from natural causes.

**2.** We may not refuse to renew this Policy solely because you are an elected official.

**3.** We may refuse to renew this Policy if you have filed three or more claims under the Policy in any three-year period that do not result from natural causes.

If you have filed two claims in a period of less than three years, we may notify you in writing that if you file a third claim during the three-year period, we may refuse to renew this Policy by providing you proper notice of our refusal to renew as provided in **4.** below. If we do not notify you after the second claim, we may not refuse to renew this Policy because of losses.

A claim does not include a claim that is filed but is not paid or payable under the Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED   1 COPY

**4.** If we refuse to renew this Policy, we must deliver to you, or mail to you at your mailing address shown in the Declarations and any mortgagee named in the Declarations, written notice of our refusal to renew not later than the 30th day before the date on which this Policy expires. Proof of mailing will be sufficient proof of notice. If we fail to give you proper notice of our decision not to renew, you may require us to renew the Policy.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-SP TX 09 19          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 8 of 8

Issue Date:                                    INSURED    1 COPY

**App 0095**

POLICY NUMBER:

HOMEOWNERS
HO 04 20 05 11

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SPECIFIED ADDITIONAL AMOUNT OF INSURANCE FOR COVERAGE A – DWELLING

### SCHEDULE

| Additional Amount Of Insurance | 25% |
|---|---|

The Additional Amount Of Insurance is determined by multiplying the Coverage **A** Limit Of Liability shown in the Declarations by the percentage amount shown above.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

To the extent that coverage is provided, we agree to provide an additional amount of insurance in accordance with the following provisions:

**A.** If you have:

  **1.** Allowed us to adjust the Coverage **A** limit of liability and the premium in accordance with:

  **a.** The property evaluations we make; and

  **b.** Any increases in inflation; and

  **2.** Notified us, within 30 days of completion, of any improvements, alterations or additions to the building insured under Coverage **A** which increase the replacement cost of the building by 5% or more;

the provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged building.

**B.** If there is a loss to the building insured under Coverage **A** that exceeds the Coverage **A** Limit Of Liability shown in the Declarations, for the purpose of settling that loss only:

  **1.** We will provide an additional amount of insurance, up to the amount described in the Schedule above; and

  **2.** Section I – Condition **D. Loss Settlement** Paragraph **2.** is replaced by Paragraphs **2.**, **3.**, and **4.** as follows:

  **2.** The building insured under Coverage **A** at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts:

  **a.** The replacement cost of that part of the building damaged with material of like kind and quality and for like use;

  **b.** The necessary amount actually spent to repair or replace the damaged building; or

  **c.** The limit of liability under this policy that applies to the building, plus any additional amount provided by this endorsement.

If the building is rebuilt at a new premises, the cost described in **a.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

  **3.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

  **4.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to the building on an actual cash value basis. You may then make claim for any additional liability on a replacement cost basis, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

All other provisions of this policy apply.

© Insurance Services Office, Inc., 2010

Issue Date:

INSURED   1 COPY

**HOMEOWNERS**
**HO 23 04 05 11**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT – TEXAS

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   **a.** Coverage **C**; and

   **b.** If covered in this policy:

      **(1)** Awnings, outdoor antennas and outdoor equipment; and

      **(2)** Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   **a.** Furs and garments:

      **(1)** Trimmed with fur; or

      **(2)** Consisting principally of fur;

   **b.** Cameras, projection machines, films and related articles of equipment;

   **c.** Musical equipment and related articles of equipment;

   **d.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      **(1)** Pens or pencils;

      **(2)** Flasks;

      **(3)** Smoking implements; or

      **(4)** Jewelry; and

   **e.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

   Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B. Ineligible Property**

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity, which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles, whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C. Replacement Cost Loss Settlement Condition**

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   **a.** Replacement cost at the time of loss without deduction for depreciation;

   **b.** The full cost of repair at the time of loss;

   **c.** The limit of liability that applies to Coverage **C**, if applicable;

   **d.** Any applicable special limits of liability stated in this policy; or

   **e.** For loss to any item described in **A.2.a. – e.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make a claim for any additional liability in accordance with this endorsement provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged property.

All other provisions of this policy apply.

© Insurance Services Office, Inc., 2010

INSURED   1 COPY

POLICY NUMBER:

**HOMEOWNERS**
**HO 03 12 05 11**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

### SCHEDULE

| Windstorm Or Hail Deductible Percentage Amount: | 2% |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**SECTION I – CONDITIONS**

**B. Deductible**

The following special deductible is added to the policy:

With respect to the peril of Windstorm Or Hail, for any one loss, we will pay only that part of the total of all loss payable that exceeds the windstorm or hail percentage deductible.

The dollar amount of the windstorm or hail deductible is determined by multiplying the Coverage **A** Limit Of Liability shown in the Declarations by the deductible percentage amount shown in the Schedule above.

No other deductible in the policy applies to loss caused by windstorm or hail.

All other provisions of this policy apply.

---

**HO 03 12 05 11**

© Insurance Services Office, Inc., 2010

**Page 1 of 1**

Issue Date:

INSURED   1 COPY

**App 0098**

# ZURICH AMERICAN INSURANCE COMPANY

# LIMITED FUNGI OR MICROBES COVERAGE - TEXAS

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**Schedule\***

| This limit of liability applies to the total of all loss or costs payable under this endorsement in any one policy period, regardless of the number of occurrences, the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | |
|---|---|
| Section I – PROPERTY COVERAGES Limit of Liability for the Additional Coverage Limited "Fungi" Or Microbes Coverage | $5,000 |
| *Entries may be left blank if shown elsewhere in this policy for this coverage. | |

The **"Fungi" Or Microbes** Exclusion in the Special Provisions – Texas endorsement does not apply to the extent coverage is provided by this endorsement.

**A.** The following **DEFINITION** is added:

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**B.** The following is added to **E. Additional Coverages** under **SECTION I – PROPERTY COVERAGES**:

**Limited "Fungi" Or Microbes Coverage**

**a.** We will pay for the:

**(1)** Cost to remove "fungi" or microbes from property covered under Section **I** – Property Coverages;

**(2)** Cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi" or microbes

**(3)** Cost of testing of air or property to confirm the absence, presence or level of "fungi" or microbes whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi" or microbes; and

**(4)** Total of all loss payable under Coverage **D** – Loss Of Use, if the "fungi" or microbes make the "residence premises" not fit to live in.

**b.** The coverage described in **a.** above only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** The limit of liability for this coverage is shown in the Schedule above.

**d.** This limit is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

**(1)** Number of Perils Insured Against that combine or contribute to the presence of resulting "fungi" or microbes;

**(2)** Number of locations insured under this endorsement; or

**(3)** Number of claims made.

**App 0099**

**e.** This additional coverage does not apply to "fungi" or microbes which are the result of constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture or vapor, over a period of 14 or more days.

**f.** This coverage does not increase the limit of liability applying to the damaged covered property.

**C.** Paragraph **Q** under **SECTION I – CONDITIONS** has been replaced by the following:

**Q.  Policy Period**

This policy applies to loss or costs which occur during the policy period.

**D.** The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**"Fungi" Or Microbes**

**a.** Arising out of, in whole or in part, or aggravated by, or results from the presence, growth, proliferation, spread or any activity of "fungi" or microbes.

**b.** Any liability imposed upon any insured person, by any governmental authority for "bodily injury" or "property damage" which, in whole, or in part, is aggravated by or results from the presence, growth, proliferation, spread or any activity of "fungi" or microbes.

**c.** Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or microbes, by any "insured" or by any other person or entity.

All other terms, conditions, provisions and exclusions of this policy remain the same.

POLICY NUMBER:  ZHO0409133

**HOMEOWNERS**
**HO 04 48 10 00**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# OTHER STRUCTURES ON THE RESIDENCE PREMISES
### INCREASED LIMITS

**SCHEDULE\***

| Description Of Structure And Additional Limit Of Liability | |
|---|---|
| 1    FENCING | $2,000 |

*\*Entries may be left blank if shown elsewhere in this policy for this coverage.*

**SECTION I – PROPERTY COVERAGES**
**COVERAGE B – OTHER STRUCTURES**

We cover each structure that is:

**1.** On the "residence premises"; and

**2.** Described in the Schedule above;

for the additional limit of liability shown in the Schedule for that structure.

The limit shown is in addition to the Coverage **B** limit of liability.

Each additional limit of liability shown applies only to that described structure.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1999

INSURED   1 COPY

# ZURICH AMERICAN INSURANCE COMPANY

# COSMETIC AND AESTHETIC DAMAGE TO FLOORS LIMITATION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

The following is added to **A. Coverage A - Dwelling** under **SECTION I – PROPERTY COVERAGES**:

**Special Limit Of Liability**

**Cosmetic And Aesthetic Damage To Floors**

The total limit of liability for Coverage A – Dwelling is $10,000 per policy term for cosmetic and aesthetic damages to floors.

1.  Cosmetic or aesthetic damage includes, but is not limited to:

    a.  chips;

    b.  scratches;

    c.  dents; or

    d.  any other damage

    to less than 5% of the total floor surface area and does not prevent typical use of the floor.

2.  This limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.

3.  This limit does not increase the Coverage A – Dwelling limit of liability shown on the declarations page.

4.  This limit does not apply to cosmetic or aesthetic damage to floors caused by a Peril Insured Against as named and described for Coverage C – Personal Property.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-CM TX 11 18                    Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    Page 1 of 1
Issue Date:                                         INSURED    1 COPY

**App 0102**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HOME-SHARING HOST ACTIVITIES AMENDATORY ENDORSEMENT

**DEFINITIONS**

**A.** The following definitions are added:

**1.** "Home-sharing host activities" means:

**a.** The:

**(1)** Rental or holding for rental; or

**(2)** Mutual exchange of services;

of the "residence premises", in whole or in part, by an "insured" to a "home-sharing occupant" through the use of a "home-sharing network platform"; and

**b.** Any other related property or services made available by an "insured" for use during such:

**(1)** Rental; or

**(2)** Mutual exchange of services;

except those property or services provided by another party.

**2.** "Home-sharing network platform" means an online-enabled application, web site or digital network that:

**a.** Is used for the purpose of facilitating, for money, mutual exchange of services or other compensation, the rental of a dwelling or other structure, in whole or in part; and

**b.** Allows for the agreement and compensation with respect to such rental to be transacted through such online-enabled application, web site or digital network.

**3.** "Home-sharing occupant" means a person, other than an "insured", who:

**a.** Has entered into an agreement or arranged compensation with an "insured" through the use of a "home-sharing network platform" for "home-sharing host activities"; or

**b.** Is accompanying or staying with a person described in Paragraph **3.a.** of this provision under such "home-sharing host activities".

**B.** Definition **B.3.** "Business" is replaced by the following:

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis;

**b.** "Home-sharing host activities"; or

**c.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**C.** In this Policy, the terms:

**1.** Roomer;

**2.** Boarder;

**3.** Tenant; or

**4.** Guest;

do not include a "home-sharing occupant".

**SECTION I – PROPERTY COVERAGES**

**C. Coverage C – Personal Property**

Paragraphs **f.** and **g.** of **4. Property Not Covered** are replaced by the following:

We do not cover:

**f.** Property of:

**(1)** A "home-sharing occupant";

© Insurance Services Office, Inc., 2016

**(2)** Any other person occupying the "residence premises" as a result of any "home-sharing host activities"; and

**(3)** Roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

**g.** Property in:

**(1)** A space while rented or primarily held for rental to a "home-sharing occupant"; or

**(2)** Subject to Paragraph **C.4.g.(1),** property in an apartment regularly rented or held for rental to others by an "insured" except as provided in **E.10.** Landlord's Furnishings under Section I – Property Coverages;

The following provision is added to **4. Property Not Covered:**

We do not cover property used primarily for "home-sharing host activities".

**D. Coverage D – Loss Of Use**

Paragraph **D.2.** Fair Rental Value is replaced by the following:

**2. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

However, we do not cover any fair rental value arising out of or in connection with "home-sharing host activities".

Payment will be for the shortest time required to repair or replace such premises.

**SECTION I – PERILS INSURED AGAINST**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

Paragraph **A.2.c.(3)** is replaced by the following:

**(3)** Theft:

**(a)** If such loss arises out of or results from "home-sharing host activities"; or

**(b)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

Paragraph **A.2.c.(4)** is replaced by the following:

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if:

**(a)** The loss arises out of or results from "home-sharing host activities"; or

**(b)** The dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**B. Coverage C – Personal Property**

Paragraph **B.8.** is replaced by the following:

**8. Vandalism Or Malicious Mischief**

This peril does not include loss caused by vandalism or malicious mischief to property arising out of or resulting from "home-sharing host activities".

Paragraph **B.9.** is replaced by the following:

**9. Theft**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

**(1)** Committed by an "insured";

**(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured";

**(4)** That occurs off the "residence premises" of:

**(a)** Trailers, semitrailers and campers;

**(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

**(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss; or

© Insurance Services Office, Inc., 2016

App 0104

(5) If such loss arises out of or results from "home-sharing host activities".

# SECTION II – EXCLUSIONS

Exclusion **E.2.** is replaced by the following:

Coverages **E** and **F** do not apply to the following:

**2. "Business"**

    **a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

    This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

    **b.** With respect to other than "home-sharing host activities", this Exclusion **E.2.** does not apply to:

      **(1)** The rental or holding for rental of an "insured location":

        **(a)** On an occasional basis if used only as a residence;

        **(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

        **(c)** In part, as an office, school, studio or private garage; and

      **(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

Exclusion **G.4.** is replaced by the following:

Coverage **F** does not apply to "bodily injury":

**4. To:**

    **a.** A "home-sharing occupant"; or

    **b.** Any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

The following provision is added:

**Personal Injury Coverage**

If the Personal Injury Coverage endorsement is made a part of this Policy, Exclusion **1.g.** is replaced by the following:

This insurance does not apply to:

**1.** "Personal injury":

    **g.** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

    With respect to other than "home-sharing host activities", this exclusion does not apply to:

      **(1)** The rental or holding for rental of an "insured location":

        **(a)** On an occasional basis if used only as a residence;

        **(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

        **(c)** In part, as an office, school, studio or private garage; and

      **(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

All other provisions of this Policy apply.

# ZURICH AMERICAN INSURANCE COMPANY

# AMENDATORY ENDORSEMENT- TEXAS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following exclusion is added to Paragraph **1.** Liability: **F. Coverage E** – **Personal Liability** under **SECTION II -- EXCLUSIONS**:

Arising out of claims, costs or awards whatsoever for punitive or exemplary damages.

All other terms, conditions, provisions and exclusions of this policy remain the same.

# ZURICH AMERICAN INSURANCE COMPANY

# ANIMAL LIABILITY EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Animals**

"Bodily injury" or "property damage" arising out of the:

**a.** Ownership of; or

**b.** Care of, including the temporary supervision of,

any animal.

This exclusion does not apply to seeing guide dogs, hearing dogs, or dogs trained to assist the physically challenged.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-25PBE TX 11 18        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

App 0107

# ZURICH AMERICAN INSURANCE COMPANY

# SWIMMING POOL DIVING BOARDS AND SWIMMING POOL SLIDES EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Swimming Pool Diving Boards and Swimming Pool Slides**

"Bodily injury" or "property damage" arising out of the:

**a.** Ownership of;

**b.** Care of; or

**c.** Use of,

any swimming pool diving board or any swimming pool slide, whether on the "residence premises" or elsewhere.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-DBE TX 11 18          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

**App 0108**

# ZURICH AMERICAN INSURANCE COMPANY

# CONTROLLED SUBSTANCES AND CANNABIS EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A.** The following definition is added to **DEFINITIONS**:

"Cannabis":

**a.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**b.** Paragraph **a.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**(1)** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**(2)** Any compound, byproduct, extract, derivative, mixture or combination, such as, but not limited to:

**(a)** Resin, oil or wax;

**(b)** Hash or hemp; or

**(c)** Infused liquid or edible cannabis;

whether derived from any plant or part of any plant set forth in Paragraph **b.(1)** above or not.

**B.** The following are added to **C. Coverage C. – Personal Property**, **4. Property Not Covered** of **SECTION I – PROPERTY COVERAGES**:

We do not cover:

Controlled Substances as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, we do cover controlled substances if prescribed by a lawful order of a licensed health care professional for the legitimate use by an "insured".

"Cannabis", (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812), and any equipment used to grow or process it for any purpose, even if:

**(1)** Legal under state law; or

**(2)** Prescribed by a lawful order of a licensed health care professional.

**C.** The following are added to Paragraph **A.**, **SECTION I – EXCLUSIONS**:

**Controlled Substances**

The use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812 whether or not within the knowledge or control of an "insured". Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, this exclusion does not apply to controlled substances if prescribed by a lawful order of a licensed health care professional for the legitimate use by an "insured".

**Cannabis**

The use, sale, growth, harvest, manufacture, delivery, transfer or possession by any person of "cannabis" (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812), whether or not within the knowledge or control of an "insured".

ZAHHO-CSCE TX 11 18          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 2

**App 0109**

**D.** Paragraph **8. Controlled Substance** in **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS** is replaced by the following:

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Such loss is excluded whether by vandalism or any other cause and whether or not within the knowledge or control of an "insured".

**E.** The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Cannabis** (whether or not a controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812)

**a.** "Bodily injury" or "property damage" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**(1)** The design, cultivation, manufacture, storage, distribution, sale, serving, furnishing, use, possession or disposal of "cannabis";

**(2)** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**b.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **a.** or **b.** above.

However, this exclusion does not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

**(a)** Ingestion;

**(b)** Inhalation;

**(c)** Absorption; or

**(d)** Consumption.

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-CSCE TX 11 18          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 2 of 2

**App 0110**

# ZURICH AMERICAN INSURANCE COMPANY

# TRAMPOLINE EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following Exclusion is added to Paragraph **E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others** under **SECTION II – EXCLUSIONS**:

Coverages **E** and **F** do not apply to the following:

**Trampolines**

"Bodily injury" or "property damage" arising out of the:

**a.**  Ownership of;

**b.**  Care of; or

**c.**  Use of,

a trampoline, whether on the "residence premises" or elsewhere.

All other terms, conditions, provisions and exclusions of this policy remain the same.

# ZURICH AMERICAN INSURANCE COMPANY

# EXCLUSION OF COSMETIC DAMAGE TO ROOF COVERINGS CAUSED BY HAIL

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**A.** The following definitions are added to **DEFINITIONS:**

"Cosmetic loss or damage" means only that damage that alters the physical appearance of the "roof covering" but does not result in damage that allows the penetration of water through the "roof covering" or does not result in the failure of the "roof covering" to perform its intended function, to keep out elements over an extended period of time.

"Roof covering" means the roofing material exposed to the weather, the underlayments applied for moisture protection, and all flashings required in the replacement of a roof covering.

**B.** The following is added to **2. c.** under **A. Coverage A – Dwelling And Coverage B – Other Structures in SECTION I – PERILS INSURED AGAINST**:

Caused by:

Hail that results in "cosmetic loss or damage" to "roof covering" .

All other terms, conditions, provisions and exclusions of this policy remain the same.

ZAHHO-CD TX 11 18         Includes copyrighted material of Insurance Services Office, Inc., with its permission.         Page 1 of 1

**App 0112**

# ZURICH AMERICAN INSURANCE COMPANY

### PROPERTY PREMIUM DISCOUNT AVAILABILITY

We value all of our customers so it is important to advise you of the credits offered on our Homeowners policy.  If you think you may qualify for one or more credits listed below, please contact your producer. Any discounts you currently receive are listed on your declarations page.

---

**TYPE OF DISCOUNT**

**Burglar/Fire Alarms**…………………………………  Available if you have installed a burglar and/or fire alarm system. The size of the credit varies with the type of alarm you have installed.  Proof of installation is required.

**Water Detection**……………………….…………...  Available if your home is equipped with water leak detection sensors located in bathrooms, kitchen, and utility rooms with water heater or washing machine.

**Automatic Sprinkler System**……….……………….  Available when automatic sprinklers have been installed in your home; Proof of installation is required.

**Accredited Builder**……………………………….  Available for homes 10 years and newer if your home was built by a preferred builder.

**Renovated Home Discount**……………………….  Available for homes that have had renovations completed by a qualified and licensed contractor. Only available on homes over 5 years of age.

**Mature Homeowner**…………………………….  Available if you are 55 years of age or older and retired.  Primary residence only.

**Hip Roof**……………………………………….  Available for homes with hip roof construction covering at least 75% of the structure.

**Window Opening Protection**………………………  Available when all exterior openings are protected and meet the minimum requirements of the International Residential Building Code.

**Building Code Discount**………………………….  Available for homes that have been certified by the International Institute for Business & Home Safety (IBHS) or has received a Certificate of Compliance (WPI-8) form from the Texas Dept of Insurance.

**New Purchase**……………………………………  Available when obtaining homeowners insurance to coincide with the purchase of a new home.

Your producer will be able to further explain any questions on these credits.  Your producer's name and phone number is shown on your declarations page.

TX HO3 HPDZAFF 09 19

Issue Date:                                              INSURED   1 COPY

**App 0113**



## *Privacy Notice*
### *We Take Important Steps to Protect the Nonpublic Personal Information We Collect About You*

**Dear Customer:**                                                                                   **rev. January 2020**

We care about your privacy. That is why we believe in your right to know what nonpublic personal information ("NPI") we collect about you and what we do with that information.  This Privacy Notice describes the NPI we collect about you and how we share and protect that information.

| **Overview** | UNDERSTANDING HOW WE USE YOUR PERSONAL INFORMATION |
|---|---|
| **Why are you receiving this Notice?** | Financial institutions, which include the Company, choose how they share your NPI.  Federal and state law gives consumers the right to limit some but not all sharing of that information.  Federal law also requires us to tell you how we collect, share and safeguard your NPI.  You are receiving this Privacy Notice because our records show either that you are a customer who is obtaining or has obtained insurance coverage or non-insurance products or services. |

| **What types of Information do we collect?** | The types of NPI we collect depend on the product or service you have with us.  This information can include:<br><br>• Information about you we receive on applications or other forms, such as your name, address, telephone number, date of birth, your social security number, driver's license number, employment information, information about your income, assets and net worth, and medical information;<br>• Information about your transactions with the Company and its affiliates;<br>• Information about your insurance coverage, premiums, claims history, and payment history;<br>• Data from insurance support organizations, government agencies, insurance information sharing bureaus;<br>• Property information and similar data about you or your property, such as property appraisal reports; and<br>• Information we receive from a consumer reporting agency or insurance information sharing bureau, such as a credit or fraud report.<br><br>When your relationship with us ends, we may continue to share information about you as described in this Privacy Notice. |
|---|---|

| **What do we do with the NPI we collect?** | We share your NPI in the course of supporting your insurance coverage or non-insurance products or services, as authorized by law, or with your consent.  This includes sharing, as permitted by law, your NPI with affiliated parties and nonaffiliated third parties, as applicable, in the course of supporting your insurance coverage or non-insurance products.<br><br>These affiliates and nonaffiliated third parties include:<br>• Financial service providers, such as banks and other insurance companies;<br>• Non-financial companies, such as medical providers and nonaffiliated service providers that perform marketing services on our behalf; and<br>• Others, such as consumer reporting agencies and insurance information sharing bureaus.<br><br>In the section below, we list the reasons we can share your NPI, whether we actually share your NPI, and whether you can opt out of this sharing (or if you are a resident of Vermont, whether you |
|---|---|

|  |  |
|---|---|
|  | have the right to opt in to allowing this sharing). |

| Reasons we can share your personal information | Does Company Share? | Can you opt out of this sharing or limit this sharing or is your authorization required for this sharing?<br><br>[For residents of Vermont: Do you have the right to opt in to allow this sharing?] |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, administer insurance coverage, products or services, maintain your account, prevent fraud and report to credit bureaus | Yes | No |
| **For our marketing purposes** - to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | Not Applicable |
| **For our affiliates' everyday business purposes** – transaction and experience information | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | No | Not Applicable |
| **For our affiliates to market to you** | Yes | No |
| **For non-affiliates to market their products to you** | No | Not Applicable |

| Collecting and safeguarding information | |
|---|---|
| **How often do you notify me about your privacy practices?** | We must notify you about our sharing practices when you receive your policy, open an account or purchase a service, and each year while you are a customer, or when significant or legal changes require a revision.  Please review the privacy policy posted on our website, ZurichNA.com.  It contains additional information about our practices. |
| **Why do you collect my NPI?** | We collect NPI when you apply for insurance or file an insurance claim to help us provide you with our insurance products and services, and determine your insurability or other eligibility.  We may also ask you and others for information to help us verify your identity in order to prevent money laundering and terrorism. Information in a report prepared by an insurance support organization may be retained by that organization and provided to others. |
| **What NPI do we share?** | We may provide to affiliates and/or nonaffiliated third parties the same NPI listed above in the section entitled, "What types of information do we collect?" |
| **How do you safeguard my NPI?** | Employees who have access to your NPI are required to maintain and protect the confidentiality of that information. Access to your personal information may be needed to conduct business on your behalf or to service your insurance coverage.  In addition, we maintain physical, electronic and procedural measures to protect your personal information in compliance with applicable laws and regulatory standards. |

**FOR RESIDENTS OF ARIZONA, CALIFORNIA, CONNECTICUT, GEORGIA, ILLINOIS, MAINE, MASSACHUSETTS, MINNESOTA, MONTANA, NEW JERSEY, NEVADA, NORTH CAROLINA, OHIO, OREGON, OR VIRGINIA:**

**You have the following individual rights under state law:**

Except for certain documents related to claims and lawsuits, you have the right to access the recorded personal information that we have collected about you which we reasonably can locate and retrieve.  To access your recorded personal information, you must submit a request using our online form on our website, ZurichNA.com, or calling our toll-free number at 1-800-382-2150.  You may also reasonably describe the information you seek in writing and send your written request to the Privacy Office via mail (Zurich – Privacy Office, 1299 Zurich Way, Schaumburg, IL  60196) or via email at privacy.office@zurichna.com.  If you would like a copy of your recorded personal information that we reasonably can locate and retrieve, we may charge you a reasonable fee to cover the costs incurred in providing you a copy of the recorded information if it is permitted by law.  If you request medical records, we may elect to supply that information to you through your designated medical professional for security purposes. We may also direct you to a consumer reporting agency to obtain certain consumer report information.

Generally, most of the recorded nonpublic personal information we collect about you and have in our possession is from policy applications or enrollment forms you submit to obtain our products and services, and is reflected in your statements and other documentation you receive from us. If you believe that the personal information we have about you in our records is incomplete or inaccurate, please let us know at once through any of the above methods, and we will investigate and correct any errors we find.

You also have the right to request the correction, amendment, or deletion of recorded personal information about you that we have in our possession.  You may make your request using any of the above methods.

Residents of California and Nevada have additional rights over their non-public personal information if it is not governed by the Gramm-Leach-Bliley Act.  For more information about these rights, please consult our online privacy policy posted on our website, ZurichNA.com.

**FOR RESIDENTS OF MASSACHUSETTS ONLY WHO ARE ZNA P&C CUSTOMERS:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate or terminate your coverage.

| Key words and phrases | TERMS YOU SHOULD KNOW |
|---|---|

| Definitions | |
|---|---|
| **Everyday business purposes** | The actions necessary for financial companies like the Company to conduct business and manage customer accounts, such as: <ul><li>Processing transactions, mailing and auditing services;</li><li>Administering insurance coverage, product, services or claims;</li><li>Providing information to credit bureaus;</li><li>Protecting against fraud;</li><li>Responding to court/governmental orders or subpoenas and legal investigations; and</li><li>Responding to insurance regulatory authorities.</li></ul> |
| **Affiliates** | Financial or nonfinancial companies related by common ownership or control. <ul><li>*Company affiliates include insurance and non-insurance companies under common ownership with the Company and that provide insurance and non-insurance products or services.*</li></ul> |
| **Nonaffiliated Third Parties** | Financial or nonfinancial companies not related by common ownership or control.  We may share your information with companies that we hire to perform marketing and business services for us, such as data processing, computer software maintenance and development, and transaction processing. When we share information with others to perform these services, they are required to take appropriate steps to protect this information and use it only for purposes of performing the services. <ul><li>*The Company does not share information with nonaffiliates to market their products to you.*</li></ul> |

| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> • *The Company does not jointly market.* |
|---|---|

<br>

| Changes to this Privacy Notice; contact us | We may change the policies, standards and procedures described in this Notice at any time to comply with applicable laws and/or to conform to our current business practices. We will notify you of material changes. <br><br> If you have any questions about your contract with us, you should contact your agent. <br><br> If you have questions specific to our Privacy Notice, contact our Privacy Office via mail (Zurich – Privacy Office, 1299 Zurich Way, Schaumburg, IL  60196) or via email at privacy.office@zurichna.com. |
|---|---|

This Privacy Notice is sent on behalf of the following affiliated companies, which are referred to in this Privacy Notice, in the aggregate, as the "Company:"

*American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Colonial American Casualty and Surety Company, Empire Fire & Marine Insurance Company, Empire Indemnity Insurance Company, The Fidelity and Deposit Company of Maryland, Steadfast Insurance Company, Universal Underwriters Insurance Company, Universal Underwriters of Texas Insurance Company, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, The Zurich Services Corporation (together, "the ZNA P&C Companies"), Zurich American Life Insurance Company, and Zurich American Life Insurance Company of New York.*

U-GU-1107-D CW (01/20)
©2020 Zurich American Insurance Company



# Important Notice – In Witness Clause

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                        Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER GRAGG, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: <u>3:21-cv-321</u> |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, | § | |
| DEFENDANT | § | |

## INDEX OF MATTERS BEING FILED

| DESCRIPTION | APP |
|---|---|
| Civil Cover Sheet | 0001-0002 |
| State Court Docket Sheet | 0003-0005 |
| Index of Documents Filed in State Court | 0006 |
| Plaintiff's Original Petition | 0007-0020 |
| Request for Citation | 0021 |
| Status Conference Setting | 0022-0023 |
| Citation Issuance | 0024-0026 |
| Return of Service – Zurich American Ins. Co. | 0027-0029 |
| Defendant's Original Answer | 0030-0044 |
| Illinois Department of Insurance printout. | 0045 |
| Policy No. ZHO0409133 | 0046-0118 |
| Index of Matters Being Filed | 0119 |
| List of Counsel of Record | 0120 |

1308481-v1/16268-010000

**App 0119**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER GRAGG, | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: <u>3:21-cv-321</u> |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, | § | |
|     DEFENDANT | § | |

## <u>LIST OF COUNSEL OF RECORD</u>

1. **Attorney for Plaintiff:**

   Chad T. Wilson
   State Bar No.24079587
   cwilson@cwilsonlaw.com
   Patrick C. McGinnis
   State Bar No. 13631900
   pmcginnis@cwilsonlaw.com

   CHAD T. WILSON LAW FIRM, PLLC
   455 E. Medical Center Blvd., Ste. 555
   Webster, TX 77598
   832.415.1432
   281.940.2137 facsimile

2. **Attorneys for Zurich American Insurance Company:**

   Carter L. Ferguson
   State Bar No. 06909500
   Fed. ID Number 33538
   cferguson@belaw.com
   Landon D. Young
   State Bar No. 24095037
   Federal I.D. No. 3669065
   lyoung@belaw.com

   BRACKETT & ELLIS,
   A Professional Corporation
   100 Main Street
   Fort Worth, TX 76102
   817.338.1700
   817.870.2265 facsimile

1308547-v1/16268-010000